IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-224 T

Judge Lawrence J. Block

---

JOHN HERDA et. al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 60 days, from May 22, 2006, to and including July 21, 2006, within which to answer or otherwise respond to plaintiffs' complaint. This is the first enlargement requested for this purpose. The United States represents that the additional time is needed, because defendant's attorneys have not yet received from the Internal Revenue Service the relevant administrative files and the IRS's recommended litigating position for this case. Defendant's attorney of record has spoken with the IRS attorney assigned responsibility for this case, and the IRS attorney informed defendant that it is unlikely the files and recommended litigating position will be provided prior to the current May 22, 2006 deadline. The United States' receipt and review of the files and the IRS's views are necessary prerequisites to filing a meaningful response to plaintiffs' complaint.

Pursuant to RCFC 6.1, the United States has communicated with opposing counsel regarding this motion and opposing counsel has no objection to the enlargement of time.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

May 11, 2006