# United States Court of Federal Claims

July 19, 2006
No. 06-224 T

**JOHN HERDA et. al.,**

***Plaintiff***,

**v.**

**UNITED STATES OF AMERICA,**

***Defendant.***

**ORDER EXTENDING TIME TO ANSWER**

On July 18, 2006 defendant filed a motion seeking a 49-day enlargement of time within which to answer plaintiff's complaint. Defendant indicated that the enlargement of time was necessary to because administrative files and litigation position had not been received from the Internal Revenue Service.

Defendant's motion is **GRANTED**. Defendant shall file an answer, or otherwise respond, to the complaint by **Friday, September 8, 2006**.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**