# United States Court of Federal Claims

**No. 06-224 T**
**November 2, 2006**

**JOHN HERDA, *et. al.*,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On October 30, 2006, parties filed a Joint Preliminary Status Report with the court which included a proposed schedule for further proceedings. The court will conduct an unrecorded, preliminary scheduling telephone conference with the parties on **Tuesday, November 14, 2006, at 12:00 noon EST**, to discuss the issues raised in the Joint Preliminary Status Report.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**