# United States Court of Federal Claims

**No. 06-224 T**
**November 14, 2006**

**JOHN HERDA, *et. al.*,**

***Plaintiffs*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On October 30, 2006, parties filed a Joint Preliminary Status Report with the court which included a proposed schedule for further proceedings. The court conducted a preliminary scheduling telephone conference with the parties on November 14, 2006. During the telephone conference, plaintiffs informed the court of a directly-related case *Lewin, et. al., v. United States*, (No. 06-751 T) and of the potential for other directly-related cases to be filed in the near future. Plaintiffs shall file a Notice of Directly Related Cases pursuant to the Rules of the Court of Federal Claims Rule 40.2(a).

Pursuant to the dates proposed by the parties and discussed at the preliminary status conference, the court orders:

1) Parties shall make initial disclosures by **Thursday, November 30, 2006**.

2) Fact discovery shall close by **Monday, April 30, 2007**.

3) Parties shall file by **Monday, May 14, 2007** a Joint Status Report indicating how they wish to proceed with this matter.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**