# United States Court of Federal Claims

**No. 06-224 T**
**January 26, 2007**

**JOHN HERDA, *et. al.*,**

***Plaintiffs*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER TRANSFERRING CASE**

Pursuant to Rules of the Court of Federal Claims Rule 40.1(b), which permits transfers among judges to promote docket efficiency as well as for the "efficient administration of justice," and in conformity with the agreement of the transferee judge, the above-captioned case shall be transferred to Judge Mary Ellen Coster Williams.

**IT IS SO ORDERED.**

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**