IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-224 T
(Judge Mary Ellen Coster Williams)

JOHN HERDA and MARGARET HERDA et. al.

Plaintiffs,

v.

THE UNITED STATES

Defendant.

JOINT MOTION TO SUSPEND DISCOVERY AND FOR
SUMMARY JUDGMENT BRIEFING SCHEDULE

The parties, through their attorneys, respectfully request the Court to suspend discovery, and to order the schedule proposed below for summary judgment motions.

Pursuant to the Court's Order [Doc. #12], all discovery in this case is scheduled to close on April 30, 2007. The parties have made initial disclosures, and plaintiffs have responded to defendant's first request for production of documents.

Plaintiffs believe they are ready to file a motion for summary judgment. Defendant believes that it is ready to respond to such a motion and file a cross motion for summary judgment.

Accordingly, at this juncture, both parties desire to preserve the resources attendant to further discovery, including defendant's deposing of plaintiffs (the parties note that two named plaintiffs, John Herda and Margaret Herda, passed away after the commencement of the present suit), and instead to pursue summary judgment briefing. The parties request, however, that

discovery merely be stayed, and be reopened 1) to the extent either party demonstrates further discovery is necessary to respond to a summary judgment motion; or 2) to prepare for trial, in the event summary judgment briefing does not dispose of this case.

Accordingly, the parties request that discovery be stayed and that the Court adopt the following schedule:

1. On or before June 1, 2007, plaintiffs shall file its motion for summary judgment.
2. On or before July 6, 2007, defendant shall file its cross-motion for summary judgment and its response to plaintiffs' motion for summary judgment.
3. On or before August 3, 2007, plaintiff shall file its reply in support of its motion for summary judgment and its response to defendant's cross-motion for summary judgment.
4. On or before August 24, 2007, defendant shall file its reply in support of its cross-motion for summary judgment.

The proposed schedule begins June 1, 2007, to accommodate plaintiffs' firm's April schedule, which includes 1) telephonic oral argument in *Fenton Gingerich et. al. v. United States*, Fed. Cl. 98-533 T (and consolidated cases) on April 9, 2007; 2) moot Court at Georgetown University Law Center on April 18, 2007, in preparation for oral argument before the United States Supreme Court in *Hinck v. United States*, No. 06-376 on April 23, 2007; and 3) on May 1, 2007, oral argument in *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, and *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T.

Respectfully submitted,

4/04/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date

Thomas E. Redding
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorneys for Plaintiffs

4/04/2007 s/Bart D. Jeffress
Date

Bart D. Jeffress
Attorney of Record
U.S. Department of Justice, Tax Div.
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

4/04/2007 s/Steven I. Frahm
Date

Of Counsel

Attorneys for Defendant