# In the United States Court of Federal Claims

No. 06-224T
(Filed: April 10, 2007)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
JOHN HERDA and MARGARET HERDA                       *
et al.,                                             *
              Plaintiffs,                           *
                                                    *
                                                    *
                                                    *
              v.                                    *
                                                    *
THE UNITED STATES,                                  *
                                                    *
              Defendant.                            *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

## SCHEDULING ORDER
_____

A telephonic status conference shall be held on **April 17, 2007**, at **3:00 P.M.** The Court shall initiate the call.

                                              S/ Mary Ellen Coster Williams
                                              **MARY ELLEN COSTER WILLIAMS**
                                              **Judge**