# In the United States Court of Federal Claims

**No. 06-224T**
**(Filed: April 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**JOHN HERDA and MARGARET HERDA** *
**et al.,** *
**Plaintiffs,** *
*
*
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

A telephonic status conference shall be held on **April 17, 2007**, at **3:00 P.M.** The Court shall initiate the call.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**