# In the United States Court of Federal Claims

**No. 06-224T**
**(Filed: April 13, 2007)**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                          *
JOHN HERDA and MARGARET HERDA                             *
et al.,                                                   *
                        Plaintiffs,                       *
                                                          *
                                                          *
                                                          *
              v.                                          *
                                                          *
THE UNITED STATES,                                        *
                                                          *
                        Defendant.                        *
                                                          *
* * * * * * * * * * * * * * * * * * * * * * * ** * * * * *
```

_____

### AMENDED SCHEDULING ORDER

_____

The telephonic status conference scheduled to be held on April 17, 2007, will instead be held on **April 20, 2007**, at **11:00 A.M.**, by request of the parties.  The Court will initiate the call.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**