# In the United States Court of Federal Claims

**No. 06-224T**
**(Filed: April 13, 2007)**

| | |
|---|---|
| **JOHN HERDA and MARGARET HERDA et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## AMENDED SCHEDULING ORDER

The telephonic status conference scheduled to be held on April 17, 2007, will instead be held on **April 20, 2007**, at **11:00 A.M.**, by request of the parties. The Court will initiate the call.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**