# In the United States Court of Federal Claims

**No. 06-224T**
**(Filed: April 24, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOHN HERDA and MARGARET HERDA et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 4, 2007, the parties filed a joint motion to suspend discovery and for summary judgment briefing schedule. The parties believe, having made initial disclosures and production of documents, they are ready to file summary judgment motions. In the joint motion, the parties request that discovery be stayed during the period of their proposed summary judgment briefing schedule, and reserve the right to request that discovery be reopened.

The Court conducted a status conference with the parties on April 20, 2007. As a result of the representations during the conference, the Court issues the following orders. The parties' request to stay discovery is **DENIED**. Discovery is closed as of this date and may be reopened upon the request of either party for good cause. The following briefing schedule is established:

1. Plaintiffs shall file any motion for summary judgment on or before **June 1, 2007**. Defendant shall file any response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before **July 6, 2007.**

2. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to Defendant's cross-motion for summary judgment on or before **August 3, 2007**. Defendant shall file any reply in support of its cross-motion for summary judgment on or before **August 24, 2007**.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**