IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN HERDA and MARGARET HERDA | § | |
| JOHN J. HERDA and SUSAN M. HERDA | § | |
| NICHOLAS HERDA and JODI LYNN HERDA | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO.06-224T<br>Judge Mary Ellen Coster Williams |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO RESET DEADLINES**

By Order dated April 24, 2007, this Court set deadlines for filing motions for summary judgment in this case. Plaintiffs request that those deadlines each be extended by two weeks as follows:

1. Plaintiffs shall file their motion for summary judgment on or before June 15, 2007;
2. Defendant shall file any response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before July 20, 2007;
3. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to Defendant's cross-motion for summary judgment on or before August 17, 2007; and
4. Defendant shall file any reply in support of its cross-motion for summary judgment on or before September 7, 2007.

Plaintiffs would show the following as good cause for this request:

On May 17, 2007, Judge Lettow issued a published opinion in *McGann, et al. v. United States*, Fed.Cl. No. 05-1189. Like the Plaintiffs in the case at bar, the Plaintiffs in *McGann* are partners in at least one of the Elektra partnerships. While the issue addressed in the *McGann* opinion are not at issue in this case they are at issue in other Elektra cases before this Court, the United States Tax Court and the Federal District Court for the Southern District of Texas. Legal issues in the *McGann* opinion are also at issue in over 100 Amcor partnership related cases pending before this Court and over 100 Amcor cases pending before various federal district courts and the United States Tax Court. The nature of the *McGann* opinion has necessitated preparation of multiple notices, status reports, and additional briefs in the various courts.

Similarly, the opinion recently issued by the United States Supreme Court in *Hinck v. United States*, 127 S.Ct. 2011 (May 21, 2007, No. 06-376) is relevant to almost all of the Amcor partnership related cases and has required examination and, where appropriate, notices to be prepared to be filed with the various courts.

Further, Plaintiffs' counsel is counsel of record for the taxpayers in *Isler, et al. v. United States*, Fed.Cl. 01-344, *Prati, et al. v. United States*, Fed.Cl. 02-60, and *Scuteri v. United States*, Fed.Cl. 01-358. Dispositive motions were filed in those three cases and oral argument was heard. Post-argument briefs were scheduled to be filed on May 29, 2007, including briefing on the applicability of the subsequently issued *McGann* opinion, but the transcript of the oral argument was not received by Plaintiffs' counsel until May 25, 2007. Judge Block has granted the Plaintiffs motion to extend he deadline for the parties' post-argument briefs until on or before June 12, 2007.

Defendant's counsel was contacted and represented that the Defendant does not object to the granting of this motion.

WHEREFORE, Plaintiffs respectfully request that deadlines for filing motions for summary judgment and all responsive pleadings be extended by two weeks.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Sallie W. Gladney
Texas State Bar No. 00787546
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)