# In the United States Court of Federal Claims

**No. 06-224T**

**(Filed: June 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOHN HERDA and MARGARET HERDA et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING MOTION TO AMEND SCHEDULE

---

On June 11, 2007, Plaintiff filed an unopposed motion to reset deadlines by four weeks for filing motions for summary judgment in this case. Good cause having been shown, this motion is **GRANTED**. The following briefing schedule is set:

1. Plaintiffs shall file any motion for summary judgment on or before **July 13, 2007**.

2. Defendant shall file any response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before **August 17, 2007.**

3. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to Defendant's cross-motion for summary judgment on or before **September 14, 2007**.

4. Defendant shall file any reply in support of its cross-motion for summary judgment on or before **October 5, 2007**.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**