IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN HERDA and MARGARET HERDA | § | |
| JOHN J. HERDA and SUSAN M. HERDA | § | |
| NICHOLAS HERDA and JODI LYNN HERDA | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO.06-224T<br>Judge Mary Ellen Coster Williams |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO RESET DEADLINES**

By Order dated June 13, 2007, this Court re-set the deadlines for filing motions for summary judgment in this case. For the reason stated below the Plaintiffs now request that those deadlines each be extended again by one week as follows:

1. Plaintiffs shall file their motion for summary judgment on or before July 20, 2007;
2. Defendant shall file any response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before August 24, 2007;
3. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to Defendant's cross-motion for summary judgment on or before September 21, 2007; and
4. Defendant shall file any reply in support of its cross-motion for summary judgment on or before October 12, 2007.

Plaintiffs would show the following as good cause for this request:

Plaintiffs' motion for summary judgment is currently scheduled to be filed on July 13, 2007. In roughly the week prior to that date plaintiffs' counsel has filed the following briefs with this court:

- post-trial brief filed in *Isler v. United States*, Fed.Cl. 01-344 on July 5, 2007;
- supplemental brief filed in *Prati v. United States*, Fed.Cl. 02-60 on July 5, 2007;
- post-trial brief filed in *Scuteri v. United States*, Fed.Cl. 01-358 on July 5, 2007;
- reply and response to cross-motion for summary judgment filed in *Bush v. United States*, Fed.Cl. 02-1041 and 04-1598 on July 6, 2007; and
- reply and response to cross-motion for summary judgment filed in *Shelton v. United States*, Fed.Cl. 02-1042 and 04-1595 on July 10, 2007.

For various reasons, extensions of time to file were granted in most, if not all, of the listed briefs and those extensions resulted in less preparation time than originally anticipated for the motion for summary judgment now due in the case at bar.

It also appears that plaintiffs' counsel may have located additional materials relevant to this case, materials not previously disclosed to the government. It appears that most, if not all, of these materials should have been available to the government in the IRS's administrative files, but apparently were not. If, after further review, these documents do prove relevant, plaintiffs intend to supplement their initial disclosures to the government at the same time that they file their motion for summary judgment. Finally, plaintiffs anticipate that after reviewing these materials they may file for some form of dismissal as to plaintiffs John and Margaret Herda, both now deceased.

Defendant's counsel was contacted and represented that the United States does not object to the granting of this motion.

WHEREFORE, Plaintiffs respectfully request that deadlines for filing motions for summary judgment and all responsive pleadings be extended by one week.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Sallie W. Gladney
Texas State Bar No. 00787546
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)