# In the United States Court of Federal Claims

**No. 06-224T**

**(Filed July 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOHN HERDA and MARGARET HERDA et al.,**
**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULE**

---

On July 13, 2007, Plaintiff filed an unopposed motion to reset deadlines by one week for filing motions for summary judgment in this case. Good cause having been shown, this motion is **GRANTED**. The following briefing schedule is set:

1. Plaintiffs shall file their motion for summary judgment on or before **July 20, 2007**.

2. Defendant shall file any response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before **August 24, 2007.**

3. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to Defendant's cross-motion for summary judgment on or before **September 21, 2007**.

4. Defendant shall file any reply in support of its cross-motion for summary judgment on or before **October 12, 2007**.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**