FORM 870-L(AD)(3-93)

DATE: 02-28-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY
REFER TO:
MS 4550
022894-0276

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY

TIN: 84-0858166

TAX YEAR ENDED: 1984

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| | |
|---|---|
| SIGNATURE OF TAXPAYER: John J Herda | DATE: 10-11-01 |
| SIGNATURE OF TAXPAYER: Susan M. Herda | DATE: 10-11-01 |
| BY (SIGNATURE AND TITLE) | DATE |

* * * * * * * * * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 7

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: October 17, 2001 | SIGNATURE: James M. Stephens |
|---|---|---|
| | OFFICE: Houston Appeals | TITLE: ATM |

(SEE ENCLOSED INSTRUCTIONS)

FORM 870-L(AD)(Rev. 3-93)

0121

FORM 870-L(AD)(3-93)

DATE: 02-28-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY
REFER TO:
MS 4550
022894-0276

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY

TIN: 84-0858166

TAX YEAR ENDED: 1984

Part II: Offer of Settlement of Affected Items

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465, or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code, and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

SIGNATURE OF TAXPAYER: John J Herda — DATE: 10-11-01

SIGNATURE OF TAXPAYER: Susan M. Herda — DATE: 10-11-01

BY (SIGNATURE AND TITLE) — DATE

* * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * *

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: October 17, 2001

SIGNATURE: James R. Stuf

OFFICE: Houston Appeals

TITLE: ATM

(SEE ENCLOSED INSTRUCTIONS)

FORM 870-L(AD)(REV. 3-93)

0122

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology<br>Taxpayer Identifying Number:<br>14-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items<br>Ordinary Income (Loss)<br>Per Return (6,793,672)<br>As Corrected (47,171)<br>Adjustment 6,746,501 | 6,746,501 | | |
| Total Adjustments To Ordinary Income | 6,746,501 | | |
| Other Adjustment : Unadjusted Basis in New Recovery Property, 3-Year Class, Elected to reduce credit per I.R.C. Section 48(q) | | | |
| (1) Adjustment | 2,577 | | |
| (2) As Reported | 2,577 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Unadjusted Basis in New Recovery Property, "Other" Class, Elected to reduce credit per I.R.C. Section 48(q) | | | |
| (1) Adjustment | 28,395 | | |
| (2) As Reported | 28,395 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology<br>Taxpayer Identifying Number:<br>34-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Investment Interest - investment income | | | |
| (1) Adjustment | (969,902) | | |
| (2) As Reported | 969,902 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Net earnings (loss) from self-employment | | | |
| (1) Adjustment | 38,818 | | |
| (2) As Reported | (38,818) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Gross income from oil, gas, and geothermal properties | | | |
| (1) Adjustment | (348,670) | | |
| (2) As Reported | 348,670 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Deductions allocable to oil, gas, and geothermal properties | | | |
| (1) Adjustment | 398,300 | | |
| (2) As Reported | 398,300 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Qualified investment expenses included page 1, Form 1065 | | | |
| (1) Adjustment | 7,685,938 | | |
| (2) As Reported | 7,685,938 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a

0124

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Tax Preference Item; Qualified investment income included on page 1, Form 1065 | | | |
| (1) Adjustment | (969,902) | | |
| (2) As Reported | 969,902 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Cost depletion oil and gas | | | |
| (1) Adjustment | 51,336 | | |
| (2) As Reported | 51,336 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Intangible drilling costs | | | |
| (1) Adjustment | 11,193 | | |
| (2) As Reported | 11,193 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Oil and gas depletion to the extent of basis | | | |
| (1) Adjustment | 51,336 | | |
| (2) As Reported | 51,336 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

0125

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the

FORM 870-L(AD)(3-93)

DATE: 02-28-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY
REFER TO:
MS 4550
022894-0368

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY PARTNERS

TIN: 84-0858166

TAX YEAR ENDED: 1985

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

SIGNATURE OF TAXPAYER [signature] DATE 10-11-01

SIGNATURE OF TAXPAYER Susan M. Herda DATE 10-11-01

BY (SIGNATURE AND TITLE) DATE

* * * * * * * * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 8

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER 10/12/2001

OFFICE Houston Appeals

SIGNATURE James M. Stuf

TITLE ATM

0126

(SEE ENCLOSED INSTRUCTIONS) FORM 870-L(AD)(Rev. 3-93)

FORM 870-L(AD)(3-93) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE SETTLEMENT AGREEMENT FOR PARTNERSHIP ADJUSTMENTS AND AFFECTED ITEMS

DATE: 02-28-94

IN REPLY REFER TO: MS 4550 022894-0368

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY PARTNERS

TIN: 84-0858166

TAX YEAR ENDED: 1985

Part II: Offer of Settlement of Affected Items

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465, or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code, and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

| | |
|---|---|
| SIGNATURE OF TAXPAYER: John J Herda | DATE: 10-11-01 |
| SIGNATURE OF TAXPAYER: Susan M. Herda | DATE: 10-11-01 |
| BY (SIGNATURE AND TITLE) | DATE |

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: 10/12/2001 | SIGNATURE: James M Staft |
|---|---|---|
| | OFFICE: Houston Appeals | TITLE: ATM |

(SEE ENCLOSED INSTRUCTIONS) FORM 870-L(AD)(REV. 3-93)

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items<br><br>Ordinary Income (Loss)<br>Per Return (1,440,052)<br>As Corrected (4,055)<br>Adjustment 1,435,997 | 1,435,997 | | |
| Total Adjustments To Ordinary Income | 1,435,997 | | |
| Other Adjustment : Unadjusted Basis in New Property Eligible for ITC, Other Class (reduced credit per I.R.C. Section 48(q)) | | | |
| (1) Adjustment | 92,007 | | |
| (2) As Reported | 92,007 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Unadjusted Basis in Used Property Eligible for ITC, Other Class (reduced credit per I.R.C. Section 48(q)) | | | |
| (1) Adjustment | 6,298 | | |
| (2) As Reported | 6,298 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items | | | |
| Other Adjustment : Net earnings (loss) from self employment | | | |
| (1) Adjustment | 11,877 | | |
| (2) As Reported | (11,877) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Gross income from oil, gas, and geothermal properties | | | |
| (1) Adjustment | (348,067) | | |
| (2) As Reported | 348,067 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Deductions allocable to oil, gas and geothermal properties | | | |
| (1) Adjustment | 355,501 | | |
| (2) As Reported | 355,501 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Qualified investment income included on page 1, Form 1065 | | | |
| (1) Adjustment | (926,067) | | |
| (2) As Reported | 926,067 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Qualified investment expenses included page 1, Form 1065 | | | |
| (1) Adjustment | 2,351,718 | | |
| (2) As Reported | 2,351,718 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

0129

Department of the Treasury - Internal Revenue Service

## Settlement Agreement For Partnership Adjustments and Affected Items

### Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Investment Income - Investment Interest | | | |
| (1) Adjustment | (935,421) | | |
| (2) As Reported | 935,421 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Cost depletion oil and gas | | | |
| (1) Adjustment | 74,325 | | |
| (2) As Reported | 74,325 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Oil & gas depletion to the extent of basis | | | |
| (1) Adjustment | 74,325 | | |
| (2) As Reported | 74,325 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Intangible drilling costs | | | |
| (1) Adjustment | 3,365 | | |
| (2) As Reported | 3,365 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

0130

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items

FORM 870-L(AD)(3-93)

DATE: 03-14-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY
REFER TO:
MS 4550
031494-0482

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

DILLON OIL TECHNOLOGY PARTNERS-1982

TIN: 84-0862763

TAX YEAR ENDED: 1983

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| | |
|---|---|
| SIGNATURE OF TAXPAYER [illegible signature] | DATE 10-11-01 |
| SIGNATURE OF TAXPAYER Susan M. Herda | DATE 10-11-01 |
| BY (SIGNATURE AND TITLE) | DATE |

* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * *
* * * * * * * * * * * *
* * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 9

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: October 17, 2001

SIGNATURE: [illegible signature]

OFFICE: Houston Appeals

TITLE: ATM

0131

(SEE ENCLOSED INSTRUCTIONS)

FORM 870-L(AD)(Rev. 3-93)

FORM 870-L(AD)(3-93)

DATE: 03-14-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY
REFER TO:
MS 4550
031494-0482

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

DILLON OIL TECHNOLOGY PARTNERS-1982

TIN: 84-0862763

TAX YEAR ENDED: 1983

Part II: Offer of Settlement of Affected Items

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465, or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code, and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

SIGNATURE OF TAXPAYER: [signature] DATE: 10-11-01

SIGNATURE OF TAXPAYER: Susan M. Herda DATE: 10-11-01

BY (SIGNATURE AND TITLE) DATE

* * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: October 17, 2001

SIGNATURE: James M. Stafer

OFFICE: Houston Appeals

TITLE: ATM

(SEE ENCLOSED INSTRUCTIONS) FORM 870-L(AD)(REV. 3-93)

0132

Department of the Treasury - Internal Revenue Service

Settlement Agreement For Partnership Adjustments and Affected Items

T/9

## Schedule of Adjustments

| Name of Partnership<br>Dillon Oil Technology Partners - 1982<br>Taxpayer Identifying Number: 84-0862763 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-83 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items<br>Ordinary Income(Loss)<br>Per Return (17,292,422)<br>As Corrected 114,949<br>Adjustment 17,407,371 | 17,407,371 | | |
| Total Adjustments To Ordinary Income | 17,407,371 | | |
| Other Adjustment : Qualified Investment In Recovery Property - New - Other - Sec. 48(q) Election | | | |
| (1) Adjustment | 3,490 | | |
| (2) As Reported | 3,490 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Qualified Investment In Recovery Property - Used - Other - Sec. 48(q) Election | | | |
| (1) Adjustment | 89,207 | | |
| (2) As Reported | 89,207 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Net Earnings(Loss) from Self-employment | | | |
| (1) Adjustment | (11,471) | | |
| (2) As Reported | 11,471 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

No penalties shall apply under §6659; or §6661 of the Internal Revenue Code in connection with the partner's partnership activity.

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Dillon Oil Technology Partners - 1982<br>Taxpayer Identifying Number: 84-0862763 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-83 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Net Income from Oil, Gas, or Geothermal Wells - Tax Preference Item | | | |
| (1) Adjustment | (21,176) | | |
| (2) As Reported | 21,176 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Net Investment Income(Loss) - Tax Preference Item | | | |
| (1) Adjustment | 17,119,498 | | |
| (2) As Reported | (17,119,498) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Net Investment Income(Loss) - Investment Interest | | | |
| (1) Adjustment | (5,370,445) | | |
| (2) As Reported | 5,370,445 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Cost Depletion Oil & Gas | | | |
| (1) Adjustment | 93,769 | | |
| (2) As Reported | 93,769 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Oil & Gas Depletion to the Extent of Basis | | | |
| (1) Adjustment | 93,769 | | |
| (2) As Reported | 93.769 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items 0134

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the

FORM 870-P(AD)(5-88)

DATE: 12-27-93

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122793-0212

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

DILLON OIL TECHNOLOGY PARTNERS

TIN: 84-0862763

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER: [signature] | DATE: 10-11-01 |
| SIGNATURE OF TAXPAYER: Susan M. Herda | DATE: 10-11-01 |
| BY (SIGNATURE AND TITLE) | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FOR

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFF FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREAS IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTER AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER: October 17, 2001

OFFICE: Houston Appeals

SIGNATURE: [signature]

TITLE: ATM

PLAINTIFF'S EXHIBIT 10

0135

Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Dillon Oil Technology Partners - 1982<br><br>Taxpayer Identifying Number: 84-0862763 | Tax Year(s) Ended<br>12-31-84 | | |
|---|---|---|---|
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items<br><br>Ordinary Income(Loss)<br>Per Return (18,974,297)<br>As Corrected (150,947)<br>Adjustment 18,823,350 | 18,823,350 | | |
| Total Adjustments To Ordinary Income | 18,823,350 | | |
| Other Adjustment : Qualifying Basis in Investment Property-New-Other-Sec. 48(q) Election | | | |
| (1) Adjustment | 90,863 | | |
| (2) As Reported | 90,863 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Qualifying Basis in Investment Property-3Yr.-New-Sec. 48(q) Election | | | |
| (1) Adjustment | 8,246 | | |
| (2) As Reported | 8,246 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Guaranteed Payments | | | |
| (1) Adjustment | 97,933 | | |
| (2) As Reported | -0- | | |
| (3) Corrected | 97,933 | | |

Remarks: Part I Partnership Items continued on next page.

Part II. Affected Items

1. Additions to Tax

No penalties shall apply under §6659; or §6661 of the Internal Revenue Code in connection with the partner's partnership activity.

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Settlement Agreement For Partnership Adjustments and Affected Items

Schedule of Adjustments

| Name of Partnership<br>Dillon Oil Technology Partners - 1982<br><br>Taxpayer Identifying Number: 84-0862763 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items<br>(Continued from previous page) | | | |
| Other Adjustment : Gross Income from Oil, Gas and Geothermal Properties - Tax Preference Item | | | |
| (1) Adjustment | (1,115,744) | | |
| (2) As Reported | 1,115,744 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Deductions Allocable to Oil, Gas, and Geothermal Properties - Tax Preference Item, | | | |
| (1) Adjustment | 1,266,691 | | |
| (2) As Reported | 1,266,691 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Qualified Investment Income-Tax Preference Item | | | |
| (1) Adjustment | (4,771,845) | | |
| (2) As Reported | 4,771,845 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Qualified Investment Expenses-Tax Preference Item | | | |
| (1) Adjustment | 23,556,400 | | |
| (2) As Reported | 23,556,400 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Investment Interest - Investment Income | | | |
| (1) Adjustment | (4,820,046) | | |
| (2) As Reported | 4,820,046 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

| Name of Partnership<br>Dillon Oil Technology Partners - 1982<br><br>Taxpayer Identifying Number: 84-0862763 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items<br>(Continued from previous page) | | | |
| Other Adjustment : Net Earnings(Loss) from Self-employment | | | |
| (1) Adjustment | 117,463 | | |
| (2) As Reported | (21,039) | | |
| (3) Corrected | 96,424 | | |
| Other Adjustment : Oil and Gas Depletion to the Extent of Basis | | | |
| (1) Adjustment | 164,277 | | |
| (2) As Reported | 164,277 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Other-Intangible Drilling Costs-Tax Preference Item | | | |
| (1) Adjustment | 35,818 | | |
| (2) As Reported | 35,818 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Cost Depletion Oil & Gas | | | |
| (1) Adjustment | 164,277 | | |
| (2) As Reported | 164,277 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-27-93

IN REPLY REFER TO:
MS 4550
122793-0458

TAXPAYER(S) NAME(S) AND ADDRESS

JOHN J & SUSAN M HERDA
9680 SULTANA
LAS VEGAS NV 89139-8308-803

TIN: [redacted]

NAME OF PARTNERSHIP

DILLON TECHNOLOGY PARTNERS 1982

TIN: 84-0862763

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER ____________ DATE 10-11-01

SIGNATURE OF TAXPAYER Susan M. Herda DATE 10-11-01

BY (SIGNATURE AND TITLE) ____________ DATE ____________

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FOR

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFF FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREAS IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTER AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER October 17, 2001

OFFICE Houston Appeals

SIGNATURE James R. Stryker

TITLE ATM

PLAINTIFF'S EXHIBIT 11

0139

FORM 870-P(AD)(5-8

Department of the Treasury - Internal Revenue Service

Settlement Agreement For Partnership Adjustments and Affected Items

Schedule of Adjustments

| | Tax Year(s) Ended | | |
|---|---|---|---|
| ame of Partnership<br>Dillon Oil Technology Partners 1982<br><br>axpayer Identifying Number: 84-0862763 | 12-31-85 | | |
| etail of Adjustments To Ordinary Income<br>Part I. Partnership Items<br><br>Ordinary Income(Loss)<br>Per Return (1,613,223)<br>As Corrected (12,972)<br>Adjustment 1,600,251 | 1,600,251 | | |
| otal Adjustments To Ordinary Income | 1,600,251 | | |
| ther Adjustment : Qualifying Basis in Investment Property-New-Other-Sec. 48(q) Election | | | |
| (1) Adjustment | 294,423 | | |
| (2) As Reported | 294,423 | | |
| (3) Corrected | -0- | | |
| ther Adjustment : Qualifying Basis in Investment Property-Used-Other-Sec. 48(q) Election | | | |
| (1) Adjustment | 20,155 | | |
| (2) As Reported | 20,155 | | |
| (3) Corrected | -0- | | |
| ther Adjustment : Guaranteed Payments | | | |
| (1) Adjustment | -0- | | |
| (2) As Reported | 195,866 | | |
| (3) Corrected | 195,866 | | |

Remarks: Part I Partnership Items continued on next page.

0140

Part II. Affected Items

1. Additions to Tax

No penalties shall apply under §6659; or §6661 of the Internal Revenue Code in connection with the partner's partnership activity.

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.