Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| ame of Partnership<br>)illon Oil Technology Partners - 1982<br><br>axpayer Identifying Number: 84-0862763 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| etail of Adjustments To Ordinary Income<br>Part I. Partnership Items<br>(Continued from previous page) | | | |
| ther Adjustment : Gross Income from Oil, Gas and Geothermal Properties - Tax Preference Item | | | |
| (1) Adjustment | (1,113,815) | | |
| (2) As Reported | 1,113,815 | | |
| (3) Corrected | -0- | | |
| ther Adjustment : Deductions Allocable to Oil, Gas, and Geothermal Properties - Tax Preference Item, | | | |
| (1) Adjustment | 1,137,599 | | |
| (2) As Reported | 1,137,599 | | |
| (3) Corrected | -0- | | |
| ther Adjustment : Qualified Investment Income-Tax Preference Item | | | |
| (1) Adjustment | (4,368,954) | | |
| (2) As Reported | 4,368,954 | | |
| (3) Corrected | -0- | | |
| ther Adjustment : Qualified Investment Expenses-Tax Preference Item | | | |
| (1) Adjustment | 5,966,045 | | |
| (2) As Reported | 5,966,045 | | |
| (3) Corrected | -0- | | |
| ther Adjustment : Investment Interest - Investment Income | | | |
| (1) Adjustment | (4,413,085) | | |
| (2) As Reported | 4,413,085 | | |
| (3) Corrected | -0- | | |

Remarks: Part I Partnership Items continued on next page.

Part II. Affected Items

1. Additions to Tax

0141

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

| me of Partnership<br>illon Oil Technology Partners - 1982<br><br>xpayer Identifying Number: 84-0862763 | Tax Year(s) Ended<br>12-31-85 | | |
|---|---|---|---|
| tail of Adjustments To Ordinary Income<br>Part I. Partnership Items<br>(Continued from previous page) | | | |
| her Adjustment : Net Earnings(Loss) from Self-employment | | | |
| (1) Adjustment | 127,935 | | |
| (2) As Reported | 67,801 | | |
| (3) Corrected | 195,736 | | |
| her Adjustment : Oil and Gas Depletion to the Extent of Basis | | | |
| (1) Adjustment | 237,837 | | |
| (2) As Reported | 237,837 | | |
| (3) Corrected | -0- | | |
| her Adjustment : Other-Intangible Drilling Costs- Tax Preference Item | | | |
| (1) Adjustment | 10,813 | | |
| (2) As Reported | 10,813 | | |
| (3) Corrected | -0- | | |
| her Adjustment : Cost Depletion Oil & Gas | | | |
| (1) Adjustment | 237,837 | | |
| (2) As Reported | 237,837 | | |
| (3) Corrected | -0- | | |
| her Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Internal Revenue Service
Midstates Region

Department of the Treasury
Appeals Office, STOP 8000-HAL
8701 South Gessner, Suite 920
Houston, Texas 77074-2942

Thomas E. Redding
Redding and Associates P.C.
515 Post Oak Boulevard
Suite 500
Houston, Texas 77027-9408

**Telephone Number:**
(281) 721-7254
**Date:**
March 4, 1997

**Petitioner:**
Herda, John and Susan
9680 Sultana
Las Vegas, Nevada 89139
**Docket Number:**
22573-88

Dear Mr. Redding:

I have discussed your settlement proposal with our District Counsel and they have declined your settlement offer as outlined below:

Crowne Oil and Technology losses for 1981 and 1982 are disallowed in full.

Negligence is conceded by the Government.

Valuation Overstatement is conceded by the Government.

The issue of tax motivated interest will not be settled and will remain unresolved.

Our District Counsel is willing to settle these cases only on the basis of the Krause decision. If you wish to accept that settlement, please sign the stipulations already provided to you.

If payment is a problem, please call and we can discuss payment options. ie. installment agreements or an offer in compromise doubt as to collectibility.

Please let me know when I may expect to receive the signed documents. Should you have any questions or problems, you may reach me at the address/number listed above.

Sincerely yours,

Elizabeth M. Johnson

Elizabeth M. Johnson
Appeals Officer

0143

PLAINTIFF'S EXHIBIT 12

Internal Revenue Service
Midstates Region

Department of the Treasury
Appeals Office, STOP 8000-HAL
8701 South Gessner, Suite 920
Houston, Texas 77074-2942

Thomas E. Redding
Redding and Associates P.C.
515 Post Oak Boulevard
Suite 500
Houston, Texas 77027-9408

**Telephone Number:**
(713) 773-7254
**Date:**
June 15, 1998

**Petitioner:**
Herda, Nicholas and Brenda
Herda, John and Margaret
Herda, John and Susan
**Docket Numbers:**
39856-87
22573-88

Dear Mr. Redding:

As we have discussed the government is only willing to settle Elektra/Hemisphere cases on the basis of the decision in Krause, TC Memo 1992-132. This is the basis of the settlement documents sent to you on April 19, 1996. You were to sign and return two copies of the settlement documents for each docket to me for filing with the Tax Court. As of the date of this letter, I have not received the signed settlement documents.

To bring you up to date on the overall project, the Tax Court has now issued all four opinions in the Elektra/Hemisphere project. Krause, TC Memo 1992-132 Vanderschraaf, TC Memo 1997-306, Karlsson, TC Memo 1997- 432 and Acierno, TC Memo 1997-441. All the decisions are the same. No deductions of any kind are allowable from the partnerships and 6621(c) applies to the deficiency. This leaves little doubt as to what the decision would be in these cases if they go to pretrial/trial.

Pre-trial hearings were held on December 8, 1997 for 100 cases in New York, on January 14, 1998 for 14 cases in Miami, 9 cases in Phoenix in February and on April 29, 1998 for 1 case in Salt Lake City. We also know that Judge Swift is setting 100 TEFRA partnerships and 400 non-TEFRA cases for show cause hearing in October 1998 in Los Angeles, CA. The place of trial in this case is Denver and pretrial hearing in this case will be held sometime in the October, November or December of 1998. If these cases are not settled, you can expect that Judge Swift will be issuing Orders to Show Cause why your clients cases are different that the four tried cases, in the near future. Now would be a good time to sign and return the settlement documents.

As you no doubt are aware, the interest continues to accrue at a fast pace until the liability is paid in full. I would recommend your clients begin to make payments, either full or partial, towards this liability. Any payments your clients wish to make should be sent to me at the address noted above for

PLAINTIFF'S EXHIBIT 13

processing. You should also be aware that the inability to pay any or all of the liability is not a valid reason for not signing the decision documents. The U.S. Tax Court will not accept the inability to pay as an excuse for not signing the decision documents.

If your clients choose to establish a formal payment plan, this must be done after the tax has been assessed. Also, if your choice is to file an offer-in-compromise, doubt as to collectibility, the tax must be assessed or the offer will be rejected. The Government is prohibited from making any assessment **until** the decision documents are signed and entered with Tax Court.

Please let me know when I may expect to receive the signed documents. Should you have any questions or problems, you may reach me at the address/number listed above.

Sincerely yours,

Elizabeth M. Johnson

Elizabeth M. Johnson
Appeals Officer

John J. and Susan M. Herda
9680 Sultana
Las Vegas, NV 89118

October 16, 2003

Internal Revenue Service Center
Fresno, CA 93888

Re: Form 1040X, Amended U.S. Individual Income Tax Return, for
Form 843 requesting §6621 (d) relative to above year refunds

Dear Sirs:

Enclosed is the above refund claims to be filed.

The claim is timely based on the loss incurred on a partnership termination resulting in a tax loss equal to the resulting adjusted basis as determined due to a TEFRA settlement agreement under I.R.C. §6624(c) in a Tax Court case brought under I.R.C. §6626, and is timely filed as a claim under §6230(c)(1)(B) within two (2) years of the settlement as required under I.R.C. §§6230(c)(2)(B). See analysis in attached excerpts from Regional Counsel memorandum regarding similar "basis" adjustment "affected item" claims regarding partnerships unrelated to those in this claim. See Exhibit A.

Please expedite the processing of these claims and if possible apply them as a direct offset to the taxpayer's 1981 to 1985 tax deficiencies in accordance with I.R.C. §6402, as the legislative history to I.R.C. §6621(d) advises the IRS to try to do where practicable.

Very truly yours,

JOHN J. HERDA
John J. Herda [signature] PER POA

SUSAN M. HERDA
Susan M. Herda [signature] PER POA

Enclosures: Form 2848 Power of Attorney
Forms 1040X
Form 843, as protective interest netting claim

PLAINTIFF'S
EXHIBIT
14

15/10/2003 20:13 +7022537501
OCT-15-2003 01:08PM FROM-TERRY RABEN +702 253 7501 T-220 P 002/003 F-561

Form **2848**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

## Part I Power of Attorney (Type or print.)

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| JOHN J. HERDA<br>SUSAN HERDA<br>9680 SULTANA STREET<br>LAS VEGAS NV 89139 | [redacted] | |
| | Daytime telephone number<br>702-737-1047 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| C. TERRY RABEN<br>2675 S. JONES, #109<br>LAS VEGAS NV 89146 | CAF No. [redacted]<br>Telephone No. 702-253-7511<br>Fax No. 702-253-7501<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address<br>MIKE J. MOORE<br>2675 S. JONES, #109<br>LAS VEGAS NV 89146 | CAF No. [redacted]<br>Telephone No. 702-253-7511<br>Fax No. 702-253-7501<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| INCOME | 1040 | 1982 - Present |
| INCOME | 1040X & SCHEDULE E | 1990 |
| INCOME | 843 | 1982 - PRESENT |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF. ▶ ☒

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for Line 5, Acts authorized.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney:
TO SIGN RETURNS ON BEHALF OF TAXPAYER(S) AND OTHER CORRESPONDENCE ON BEHALF OF TAXPAYER(S) AS THE TAXPAYER(S) ARE OUT OF THE COUNTRY

Note: In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

Note: The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Paperwork Reduction and Privacy Act Notice, see the separate instructions. Form **2848** (Rev. 1-2002)

**JOHN J. & SUSAN HERDA**

Form 2848 (Rev. 1-2002) [redacted] Page 2

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☒

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

[signature] Signature — 10/15/2003 Date — Title (if applicable)

JOHN J. HERDA
Print Name

Susan Herda Signature — 10/15/03 Date — Title (if applicable)

SUSAN HERDA
Print Name

## Part II Declaration of Representative

Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney-a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant-duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent-enrolled as an agent under requirements of Treasury Department Circular No. 230.
d Officer-a bona fide officer of the taxpayer's organization.
e Full-Time Employee-a full-time employee of the taxpayer.
f Family Member-a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary-enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer-an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

**IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation-Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| b | NEVADA | [signature] | 10/15/03 |
| b | NEVADA | [signature] | 10/15/03 |
| | | | |

Form 2848 (Rev. 1-2002)

0148

Form **1040X** (Rev. November 2002)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1990, or fiscal year ended ▶

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: JOHN J. | Last name: HERDA | | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: SUSAN M. | Last name: HERDA | | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 9680 SULTANA | | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. LAS VEGAS, NV 89118 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the back to explain any changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 219,745 | 75,000 | 144,745 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 72,197 | | 72,197 |
| 3 Subtract line 2 from line 1 | 3 | 147,548 | 75,000 | 72,548 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 10,250 | | 10,250 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 137,298 | 75,000 | 62,298 |
| **Tax Liability** | | | | |
| 6 Tax (see pg. 4). Method used in col. C | 6 | 37,170 | 23,945 | 13,225 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 37,170 | 23,945 | 13,225 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 37,170 | 23,945 | 13,225 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | 21,310 | | 21,310 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 15,860 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 37,170 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | -0- |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 37,170 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 23,945 |
| 23 Amount of line 22 you want refunded to you | 23 | | | 23,945 |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

JOHN J. HERDA C. Terry Raben PER POA 10/16/03
Your signature Date

SUSAN M. HERDA C. Terry Raben PER POA 10/16/03
Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature: C. Terry Raben | Date: 10/14/03 | Check if self-employed ☐ | Preparer's SSN or PTIN: [redacted]

Firm's name (or yours if self-employed), address, and ZIP code: C. TERRY RABEN, LTD. 2675 S. JONES BLVD., STE 109 LAS VEGAS, NV 89146 | EIN: [redacted] | Phone no. 702-253-7511

DAA

Form 1040X (Rev. 11-2002) Page 2

**Part I Exemptions.** See Form 1040 or 1040A instructions.

**If you are not changing your exemptions, do not complete this part.**
**If claiming more exemptions, complete lines 25-31.**
**If claiming fewer exemptions, complete lines 25-30.**

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here & on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

SEE ATTACHED EXPLANATION AND ATTACHED FORM 843

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040X** (Rev. 11-2002)

DAA

Schedule E (Form 1040) 1990 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and SSN if shown on page 1.)

JOHN J HERDA & SUSAN M HERDA

Your social security number: [redacted]

Note: If you report amounts from farming or fishing on Schedule E, you must include your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See Instructions. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SPRINGBRIGHT | P | | 52-1398144 | | X |
| B | NYP CORPORATION | S | | 88-0197524 | X | |
| C | H & H CORPORATION | S | | 8-8022555 | X | |
| D | CROWNE OIL TECHNOLOGY PARTNERS | P | | 84-0858166 | X | |
| E | DILLON OIL TECHNOLOGY PARTNERS | P | | 84-0862763 | X | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (Attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 15,160. | | | | |
| B | | | | | 55,471. |
| C | | | BASIS LOSS | | 25,761. |
| D | | | 37,500 TO REFLECT LOSS BASED ON | | |
| E | | | 37,500 REV. RUL. 93-80-(SEE EXPLANATION) | | |
| 28a Totals | | | | | 81,232. |
| b Totals | 15,160. | | 75,000 | | |

29 Add amounts in columns (h) and (k) of line 28a. Enter the total income here. **29** 81,232.

30 Add amounts in columns (g), (i), and (j) of line 28b. Enter the total here. **30** ( 15,160.)

31 Total partnership and S corporation income or (loss). Combine amounts on lines 29 and 30. Enter the result here and include in the total on line 40 below. **31** 66,072.

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (Attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add amounts in columns (d) and (f) of line 33a. Enter the total income here. **34**

35 Add amounts in columns (c) and (e) of line 33b. Enter the total here. **35** ( )

36 Total estate and trust income or (loss). Combine amounts on lines 34 and 35. Enter the result here and include in the total on line 40 below. **36**

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine amounts in columns (d) and (e) only. Enter the result here and include in the total on line 40 below. **38**

## Part V Summary

39 Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) **39**

40 TOTAL income or (loss). Combine amounts on lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ **40** 66,072.

41 Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III, and on line 39 (see Instructions) **41**

H733 E2 NTF 4734

Copyright Forms Software Only, 1990 Nelco, Inc.

**JOHN HERDA AND SUSAN HERDA**
**(SSN[redacted] AND (SSN[redacted]**
**EXPLANATION FOR 1040X FOR 1990 AND**
**PROTECTIVE STATEMENT REQUESTING APPLICATION OF §6621(d)**

Crowne Oil Technology Partners and Dillon Oil Technology Partners were partnerships which were the subject of §6226 Tax Court litigation. Pursuant to I.R.C. §6230(d)(5), the refund sought pursuant to this claim should have been refunded without the necessity of filing a formal refund claim. Nevertheless, this claim is timely under §6230(c)(2)(B).

A §6224(c) settlement in each related Tax Court case brought under I.R.C. §6226 resulted in a reduction in the partnership's allowable losses. The IRS has sent the taxpayer Forms CG-4549A reflecting all of the TEFRA adjustments. The settlements pursuant to which the final basis and adjustments were made were executed October 17, 2001.

As a direct consequence of the adjustments to the partnership items of these partnerships, there was a substantial basis adjustment in each partnership interest and a resulting loss upon the worthlessness and termination of each of the partners' partnership interests in 1990, which losses are the basis of this claim for refund.

The taxpayer is claiming an ordinary loss under Rev. Rul. 93-80. Excerpts attached as Exhibit "A." The partners received no distribution of cash or marketable securities or relief of any partnership debt, therefore there was no deemed sale or exchange on the worthlessness and termination of each partnership and Rev. Rul. 93-80 should apply.

Alternatively, if the loss is not allowed as an ordinary loss, it should be allowed as a capital loss, but in that case the taxpayers request an explanation as to why ordinary treatment under Rev. Rul. 93-80 has been denied. Furthermore, if the loss is not allowed in 1990, it should be allowed and this claim should be considered a protective claim for such other year in which the IRS may determine the loss properly deductible.

Basis adjustment and loss recognized based on above explanation:

| | |
|---|---|
| Dillon Oil | $37,500 |
| Crowne Oil | $37,500 |

The increase in the basis in each partnership interest resulting in this refund claim was an adjustment to an affected item resulting from the adjustments to partnership items.

This claim is timely pursuant to I.R.C. §6230(c)(2)(B) because it is made within two years after the date of the relevant §6224(c) settlement.

This claim also constitutes the taxpayers' protective request that if the refunds are not directly applied to the taxpayers' outstanding liability the Secretary apply §6621(d) to such period. To the

extent of equivalent amounts of underpayments or overpayments for the periods set forth, §5.063 of Rev. Proc. 99-43 have not previously been applied to obtain a net interest rate of zero under §6621(d). During the time period from April 15, 1991, to the date to which interest was paid on the deficiency, the excess interest paid during that period should be refunded if the overpayment is not applied to the tax liability as requested by the taxpayers, or, in the alternative, interest on this refund should be paid at the deficiency rate imposed on that deficiency.

Exhibits: A - Excerpts from Rev. Rul. 93-80

EXCERPTS FROM REV. RUL. 93-80

26 CFR 1.731-1: Extent of recognition of gain or loss on distribution.
(Also Sections 165, 741, 752, 1011.)

Abandonment or worthlessness of a partnership interest. A loss incurred on the abandonment or worthlessness of a partnership interest is an ordinary loss if sale or exchange treatment does not apply. If there is an actual or deemed distribution to the partner, or if the transaction is otherwise in substance a sale or exchange, the partner's loss is capital (except as provided in Section 751(b) of the Code). Rev. Rul. 70-355 clarified and superseded; Rev. Rul. 76-189 revoked.

REV. RUL. 93-80

ISSUE

Is a loss incurred on the abandonment or worthlessness of a partnership interest a capital or an ordinary loss?

In Rev. Rul. 70-355, 1970-2 C.B. 51, a taxpayer paid cash for an interest as a limited partner in a partnership, and the taxpayer's capital account was credited with an amount less than the cash paid. The partnership agreement provided that losses would first be allocated against each partner's capital account and any balance would be shared only the be general partners. In a subsequent taxable year, the partnership sustained a loss in its business operations, entered into bankruptcy, and dissolved. The taxpayer's distributive share of the partnership loss for the taxable year reduced the taxpayer's capital account to zero. ***In addition, the taxpayer's adjusted basis in the partnership interest, which was greater than the taxpayer's capital account, was reduced by the taxpayer's distributive share of the loss. However, the taxpayer's adjusted basis in the partnership interest was not reduced to zero. The taxpayer did not receive any cash or other consideration in liquidation of the taxpayer's partnership interest.*** [Emphasis added.]

Rev. Rul. 70-355 concludes that the taxpayer's loss is deductible as an ordinary loss under Section 165(a) of the Code. The taxpayer's loss was composed of the taxpayer's distributive share of the partnership loss equal to the taxpayer's capital account and the balance of the taxpayer's adjusted basis in the partnership interest.

In Rev. Rul. 76-189, 1976-1 C.B. 181, D purchased a one-third interest in the ABC partnership from taxpayer A. ABC sustained a net loss from its business operations for the taxable year and terminated at the end of that taxable year. ***At termination, ABC had no remaining assets or liabilities. D's distributive share of the partnership loss did not reduce D's basis in D's partnership interest to zero.*** [Emphasis added.]

. . . . .

**EXHIBIT "A"**

*Partner D in Rev. Rul. 76-189 satisfied all of the requirements for ordinary loss treatment. Partner D did not receive any actual distributions, and D was not deemed to receive any distributions under Section 752(b) of the Code as a result of liability shifts.*

. . . . .

*The taxpayer in Rev. Rul. 70-355 also satisfied all of the requirements for ordinary loss treatment.* [Emphasis added.]

. . . . .

HOLDING

A loss incurred on the abandonment or worthlessness of a partnership interest is an ordinary loss if sale or exchange treatment does not apply. If there is an actual or deemed distribution to the partner, or if the transaction is otherwise in substance a sale or exchange, the partner's loss is capital (except as provided in Section 751(b)).

**EXHIBIT "A"**

**PROTECTIVE Request for Net Interest Rate of Zero under Rev Proc 99-43**
-(IF the overpayment is not applied to the underpayment).

Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

*Do not use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

**PRO FORMA §6621 (d) Protective Request**

Type or print

Name of claimant: JOHN J & SUSAN M HERDA

Your SSN or ITIN: [redacted]

Address (number, street, and room or suite no.): 9680 SULTANA

Spouse's SSN or ITIN: [redacted]

City or town, state, and ZIP code: LAS VEGAS, NV 89118

Employer identification number (EIN):

Name and address shown on return if different from above

Daytime telephone number ( )

1 Period. Prepare a separate Form 843 for each tax period
From **Blank pursuant to Rev Proc 99-43 5.04(1)**

2 Amount to be refunded or abated
$ **Blank pursuant to Rev Proc 99-43 5.04(2)**

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☑ Other (specify)

4a Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **Blank pursuant to Rev Proc 99-43 504.(4) Please See Attachments**

5 Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

This Request is protective only and, if possivle, the refund should be applied directly to the income tax liability when and if timely assessed. This form is filed as the taxpayers's protective request for application of the net interest rate of zero, pursuant to IRC 6621(d), to interest accruing before October 1, 1998. The understatement periods are 1981, 1982, 1983, 1984, and 1985. There are no overstatement periods. The underpayment has not been paid.
The taxpayer(s) have recived the following refunds: NONE
The periods for which the taxpayer(s)' overpayment and underpayment overlap are April 15, 1982, 1983, 1984, 1985, and 1986 to date of payment of the underpayment. To the extent of equivalent amounts of underpayment and overpayment for the periods identified above, the periods have been used only once in a request to obtain the net interest rate of zero under IRC 6621(d).

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

JOHN J. HERDA [signature] per POA — Date 10/16/03
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

SUSAN M. HERDA [signature] per POA — Date 10/16/03
Signature

Form **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1986

For the year January 1-December 31, 1986, or other tax year beginning , 1986, ending , 19 | OMB No. 1545-0074

Use IRS label. Otherwise, please print or type.

JOHN J & SUSAN HERDA
9680 SULTANA
LAS VEGAS NV 89118

Your social security number: [redacted]

Spouse's social security number: [redacted]

If this address is different from the one shown on your 1985 return, check here ▶ ☐

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? . . . XX Yes ☐ No
If joint return, does your spouse want $1 to go to this fund? . . XX Yes ☐ No
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 ☐ Single
2 XX Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4 ☐ Head of household. If the qualifying person is your unmarried child, write child's name here.
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a XX Yourself ☐ 65 or over ☐ Blind
b XX Spouse ☐ 65 or over ☐ Blind
Enter number of boxes checked on 6a and b ▶ 2

c First names of your dependent children who lived with you
See Statement #4
Enter number of children listed on 6c ▶ 2

d First names of your dependent children who did not live with you (see page 6).
(If pre-1985 agreement, check here ▶ ☐ .)
Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,000 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

f Total number of exemptions claimed (also complete line 36). . . . Add numbers entered in boxes above ▶ 4

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | 7 | 63,693. |
| 8 | Interest income (also attach Schedule B if over $400) | 8 | 199. |
| 9a | Dividends (also attach Schedule B if over $400) 1,441. , 9b Exclusion 200. | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 1,241. |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 855. |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | -7,199. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits (see page 10) 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. {Tax-exempt interest } | 21b | |
| 22 | Other income | 22 | 0. |
| 23 | Add the amounts shown in the right-hand column for lines 7 through 22. This is your **total income** ▶ | 23 | 58,789. |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expense (attach Form 3903 or 3903F) | 24 | |
| 25 | Employee business expenses (attach Form 2106) | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 4,000. |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (recipient's name and social security no. ) | 29 | |
| 30 | Deduction for a married couple when both work (attach Schedule W) | 30 | 69. |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | 31 | 4,069. |

**Adj. Gr. Income** 32 Subtract line 31 from line 23. This is your **adjusted gross income**. ▶ 32 54,720.

0157

PLAINTIFF'S EXHIBIT 15

Preparer's Edition # 10- 4 NTF 5942 39-0964777

JOHN J & SUSAN HERDA [redacted]

Form 1040 (1986) Page 2

## Tax Computation

(See Instructions on page 13.)

| Line | Description | | Amount |
|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | 33 | 54,720. |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parents' return, check here ☐ and see page 13 of Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | 34a | 114,709. |
| b | If you do not itemize but you made charitable contributions, enter your cash contributions here. | 34b | |
| c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | |
| d | Add lines 34b and 34c. Enter the total | 34d | 0. |
| 35 | Subtract line 34a or line 34d, whichever applies, from line 33 | 35 | -59,989. |
| 36 | Multiply $1,080 by the total number of exemptions claimed on line 6f (see page 14) | 36 | 4,320. |
| 37 | **Taxable Income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | 37 | -64,309. |
| 38 | Enter tax here. Check if from ☒ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | 38 | 0. |
| 39 | Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | 39 | 0. |
| 40 | Add lines 38 and 39. Enter the total | 40 | 0. |

## Credits

(See Instructions on page 14.)

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| 42 | Credit for the elderly or the permanently and totally disabled *(attach Schedule R)* | 42 | | | |
| 43 | Partial credit for political contributions for which you have receipts | 43 | | | |
| 44 | Add lines 41 through 43. Enter the total | | | 44 | 0. |
| 45 | Subtract line 44 from line 40. Enter the result (but not less than zero) | | | 45 | 0. |
| 46 | Foreign tax credit *(attach Form 1116)* | 46 | | | |
| 47 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, or ☐ Form 6765 | 47 | 0. | | |
| 48 | Add lines 46 and 47. Enter the total | | | 48 | 0. |
| 49 | Subtract line 48 from line 45. Enter the result (but not less than zero) | | | 49 | 0. |

## Other Taxes

(Including Advance EIC Payments)

| Line | Description | | Amount |
|---|---|---|---|
| 50 | Self-employment tax *(attach Schedule SE)* | 50 | |
| 51 | Alternative minimum tax *(attach Form 6251)* | 51 | |
| 52 | Tax from recapture of investment credit *(attach Form 4255)* | 52 | 589. |
| 53 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 53 | |
| 54 | Tax on an IRA *(attach Form 5329)* | 54 | |
| 55 | Add lines 49 through 54. This is your **total tax** | 55 | 589. |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 56 | Federal income tax withheld | 56 | 3,220. | | |
| 57 | 1986 estimated tax payments and amount applied from 1985 return | 57 | | | |
| 58 | Earned income credit (see page 16) | 58 | | | |
| 59 | Amount paid with Form 4868 | 59 | | | |
| 60 | Excess social security tax and RRTA tax withheld (two or more employers) | 60 | | | |
| 61 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 61 | | | |
| 62 | Regulated Investment Company credit *(attach Form 2439)* | 62 | | | |
| 63 | Add lines 56 through 62. These are your **total payments** | | | 63 | 3,220. |

## Refund or Amount You Owe

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 64 | If line 63 is larger than line 55, enter amount **OVERPAID** | | | 64 | 2,631. |
| 65 | Amount of line 64 to be **REFUNDED TO YOU** | | | 65 | 2,631. |
| 66 | Amount of line 64 to be applied to your 1987 estimated tax | 66 | | | |
| 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1986 Form 1040" on it. Check ☐ if Form 2210 (2210F) is attached. See page 17. Penalty: $ | | | 67 | 0. |

## Please Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation: SALES |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation: SECRETARY |

0158

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature: SYLVIA HALL | Date: 4/15/87 | Check if self-employed ☐ | Preparer's social security no. [redacted] |
| Firm's name (or yours, if self-employed) and address: SYLVIA V HALL LTD, 2750 B SO HIGHLAND DR., LAS VEGAS, NV | | E.I. No. 88-0173684 | ZIP code 89109 |

# 10- 4

Schedule E Supplemental Income Schedule 1986-13
OMB# 1545-0074

JOHN J & SUSAN HERDA [redacted]

PART I -- RENT AND ROYALTY INCOME OR LOSS

1. Kind and location of each property

2. Did you or your family occupy more than 14 days?

Property A > 410 N 16TH STREET No
Property B >
Property C >

| Rental and Royalty Income | | Properties A. | B. | C. | Totals |
|---|---|---|---|---|---|
| 3a. Rents received . . . . | | 2,400. | Ø. | Ø. | |
| b. Royalties received . . | 3. | Ø. | Ø. | Ø. | 2,400. |
| **Rental & Royalty Expenses** | | | | | |
| 4. Advertising . . . . . . . | 4. | Ø. | Ø. | Ø. | |
| 5. Auto and travel . . . . . | 5. | Ø. | Ø. | Ø. | |
| 6. Cleaning . . . . . . . | 6. | Ø. | Ø. | Ø. | |
| 7. Commissions . . . . . . . | 7. | Ø. | Ø. | Ø. | |
| 8. Insurance . . . . . . . | 8. | 157. | Ø. | Ø. | |
| 9. Legal/professional. . . | 9. | Ø. | Ø. | Ø. | |
| 10. Mort int to inst. . . . | 10. | 1,229. | Ø. | Ø. | 1,229. |
| 11. Other interest. . . . . | 11. | Ø. | Ø. | Ø. | |
| 12. Repairs . . . . . . . . . | 12. | Ø. | Ø. | Ø. | |
| 13. Supplies. . . . . . . . | 13. | Ø. | Ø. | Ø. | |
| 14. Taxes . . . . . . . . . . | 14. | 262. | Ø. | Ø. | |
| 15. Utilities . . . . . . . . | 15. | 82. | Ø. | Ø. | |
| 16. Wages & salaries. . . . | 16. | Ø. | Ø. | Ø. | |
| 17. Misc. . | 17. | Ø. | Ø. | Ø. | |
| . . . . | | Ø. | Ø. | Ø. | |
| . . . . | | Ø. | Ø. | Ø. | |
| . . . . | | Ø. | Ø. | Ø. | |
| . . . . | | Ø. | Ø. | Ø. | |
| . . . . | | Ø. | Ø. | Ø. | |
| 18. Total expenses. . . . . . | 18. | 1,730. | Ø. | Ø. | 1,730. |
| 19. Depreciation/Depl . . . | 19. | 842. | Ø. | Ø. | 842. |
| 20. Add lines 18 & 19 . . . . | 20. | 2,572. | Ø. | Ø. | |
| 21. Income or loss Subtract 20 from 3. . . | 21. | -172. | Ø. | Ø. | |

| | | |
|---|---|---|
| 22. Add profits . . . . . . . . . . . . . . . . . . . . . . | 22. | Ø. |
| 23. Add losses. . . . . . . . . . . . . . . . . . . . . . . | 23. | 172. |
| 24. Combine 22 & 23. Net profit (loss). . . . . . . . . . . . | 24. | -172. |
| 25. Net farm rental Form 4835 . . . . . . . . . . . . . . . | 25. | Ø. |
| 26. Total rent/royalty income. Add 24 & 25. include on line 36 or Form 1040 line 18 . . . . . . . . . . | 26. | -172. |

For Paperwork Reduction Act Notice, see Form 1040 Instructions

Schedule E continued on page 2

SCHEDULE E (FORM 1040) 1986

PAGE 2

JOHN J & SUSAN HERDA [redacted]

PART II - INCOME(LOSS) PARTNERSHIPS, ESTATES, TRUSTS, S CORPS

Partnerships & S Corporations

| (a) Name | (b) Code | (c) Form | (d) Emp ID | (e) Net Loss | (f) Income |
|---|---|---|---|---|---|
| CAPITAL INCOME PROP | P | | 52-1420605 | 46,168. | |
| CLINTON STREET LTD | P | | 62-1214758 | | 5,071. |
| SPRING BRIGHT | P | | 52-1398144 | 31,983. | |
| NYP CORPORATION | S | | 88-0197524 | | 48,482. |
| H & H CORPORATION | S | | APPL FOR | | 17,571. |

| | | | |
|---|---|---|---|
| 27. Add amounts in columns e and f. . . . . . . . | 27. | 78,151. | 71,124. |
| 28. Combine amounts on line 27. . . . . . . . . . . . . . . | 28. | | -7,027. |
| 29. Deduction for Section 179 property. . . . . . . . . . . | 29. | | |
| 30. Total partnership & S Corp income or loss . . . . . . . | 30. | | -7,027. |

Estates and Trusts

| | | | |
|---|---|---|---|
| 31. Add amounts in columns e and f. . . . . . . . | 31. | 0. | 0. |
| 32. Combine amounts in columns d & e line 31. . . . . . . . | 32. | | 0. |

PART III - WINDFALL PROFIT TAX SUMMARY

| | | |
|---|---|---|
| 33. Windfall profit tax credit or refund. . . . . . . . . . | 33. | |
| 34. Windfall profit tax withheld in 1985. . . . . . . . . . | 34. | |
| 35. Combine amounts on lines 33 and 34. . . . . . . . . . . | 35. | 0. |

PART IV - SUMMARY

| | | |
|---|---|---|
| 36. Total income or loss. Add lines 26,30,32 and 35 . . . . | 36. | -7,199. |
| 37. Gross farming and fishing income. . . . . 37. | | 0. |

For Paperwork Reduction Act Notice, see Form 1040 Instructions