Schedule E (Form 1040) 1990 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and SSN if shown on page 1.) JOHN J HERDA & SUSAN M HERDA

Your social security number [redacted]

Note: If you report amounts from farming or fishing on Schedule E, you must include your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See Instructions. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SPRINGBRIGHT | P | | 52-1398144 | | X |
| B | NYP CORPORATION | S | | 88-0197524 | X | |
| C | H & H CORPORATION | S | | 8-8022555 | X | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (Attach Form 8582 if required) | Passive Income and Loss: (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | Nonpassive Income and Loss: (j) Section 179 expense deduction from Form 4562 | Nonpassive Income and Loss: (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | 15,160. | | | | |
| B | | | | | 55,471. |
| C | | | | | 25,761. |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | 81,232. |
| b Totals | 15,160. | | | | |

| | | |
|---|---|---|
| 29 Add amounts in columns (h) and (k) of line 28a. Enter the total income here | 29 | 81,232. |
| 30 Add amounts in columns (g), (i), and (j) of line 28b. Enter the total here | 30 | ( 15,160) |
| 31 Total partnership and S corporation income or (loss). Combine amounts on lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 66,072. |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (Attach Form 8582 if required) | Passive Income and Loss: (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | Nonpassive Income and Loss: (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | |
|---|---|---|
| 34 Add amounts in columns (d) and (f) of line 33a. Enter the total income here | 34 | |
| 35 Add amounts in columns (c) and (e) of line 33b. Enter the total here | 35 | ( ) |
| 36 Total estate and trust income or (loss). Combine amounts on lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see Instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 38 Combine amounts in columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | |
|---|---|---|
| 39 Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) | 39 | |
| 40 TOTAL income or (loss). Combine amounts on lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 66,072. |
| 41 Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III, and on line 39 (see Instructions) | 41 | |



Copyright Forms Software Only, 1990 Nelco, Inc.

SUBSTITUTE SCHEDULE K-1 (FORM 1065)
OMB. NO. 1545-0099
CALENDAR YEAR 1990

PARTNER 14
IDENTIFYING #: [redacted]

JOHN J. HERDA

9680 SALTANA
LAS VEGAS, NV 89118

PARTNERSHIP
IDENTIFYING #: 84-0858166

CROWNE OIL TECHNOLOGY PARTNERS
P O BOX 300565
1021 17TH STREET
DENVER, CO 80218

A. GENERAL PARTNER ? ......NO
B. PARTNER'S SHARE OF LIABILITIES:
NONRECOURSE............. 0.00
OTHER.................. 0.00

C. TYPE OF ENTITY: INDIVIDUAL

E. PARTNER'S PERCENTAGE OF:
END OF YR
PROFIT SHARING.......0.833000%
LOSS SHARING.........0.833000%
CAPITAL SHARING......0.820170%
F. P/SHIP IRS CENTER: OGDEN, UT

SCHEDULE K: RECONCILIATION OF PARTNER'S CAPITAL ACCOUNT:

| A) CAPITAL ACCOUNT AT BEGINNING OF YEAR | B) CAPITAL CONTRIBUTED DURING YEAR | C) ORDINARY INCOME (LOSS) FROM LINE 1 | D) INCOME NOT INCLUDED IN C) + NONTAXABLE INCOME |
|---|---|---|---|
| (144,279) | 0 | (16,310) | |

| E) LOSSES NOT INCLUDED IN C) + UNALLOWABLE DEDUCTIONS | F) WITHDRAWALS AND DISTRIBUTIONS | G) CAPITAL ACCOUNT AT END OF YEAR |
|---|---|---|
| | 0 | (160,589) |

| K-1 LINE | DISTRIBUTIVE SHARE ITEMS | AMOUNT |
|---|---|---|
| 1 | ORDINARY INCOME (LOSS)................................. | (24,099) |
| 4 a | INTEREST.............................................. | 7,789 |
| 12 b (1) | INVESTMENT INCOME..................................... | 7,789 |
| 16 e (1) | GROSS INCOME FROM OIL, GAS, AND GEOTHERMAL.............. | 1,172 |
| 16 e (2) | DEDUCTIONS ALLOCABLE TO OIL, GAS, AND GEOTHERMAL......... | 1,356 |

CROWNE OIL TECHNOLOGY PARTNERS
ALLOCATION OF INCOME (LOSS) BY STATE
84-0858166

PARTNER: 14 JOHN J. HERDA [redacted]

| | INCOME (LOSS) |
|---|---|
| COLORADO | (23,915) |
| ILLINOIS | (184) |
| INTEREST INCOME | 7,789 |
| | --------- |
| | (16,310) |
| | ========= |

SUBSTITUTE SCHEDULE K-1 (FORM 1065)
OMB. NO. 1545-0099
CALENDAR YEAR 1990

PARTNER IDENTIFYING #: 113 [redacted]

JOHN J HERDA

9680 SALTANA
LAS VEGAS, NV 89118

PARTNERSHIP IDENTIFYING #: 84-0862763

DILLON OIL TECHNOLOGY PARTNERS

P O BOX 300565
DENVER, CO 80203

A. GENERAL PARTNER ? ......NO
B. PARTNER'S SHARE OF LIABILITIES:
NONRECOURSE............. 0.00
OTHER.................. 0.00

C. TYPE OF ENTITY: INDIVIDUAL

D. PARTNER'S PERCENTAGE OF: END OF YR
PROFIT SHARING.......0.252700%
LOSS SHARING.........0.252700%
CAPITAL SHARING......0.242748%
E. P/SHIP IRS CENTER: OGDEN, UT

SCHEDULE G: RECONCILIATION OF PARTNER'S CAPITAL ACCOUNT:

| A) CAPITAL ACCOUNT AT BEGINNING OF YEAR | B) CAPITAL CONTRIBUTED DURING YEAR | C) ORDINARY INCOME (LOSS) FROM LINE 1 | D) INCOME NOT INCLUDED IN C) + NONTAXABLE INCOME |
|---|---|---|---|
| (36,121) | 0 | (7,949) | 0 |

| E) LOSSES NOT INCLUDED IN C) + UNALLOWABLE DEDUCTIONS | F) WITHDRAWALS AND DISTRIBUTIONS | G) CAPITAL ACCOUNT AT END OF YEAR |
|---|---|---|
| | 0 | (44,070) |

| K-1 LINE | DISTRIBUTIVE SHARE ITEMS | AMOUNT |
|---|---|---|
| 1 | ORDINARY INCOME (LOSS)............................ | (19,080) |
| 4 a | INTEREST .......................................... | 11,131 |
| 12 b (1) | INVESTMENT INCOME INCLUDED IN LINE 4.................... | 11,131 |
| 16 e (1) | GROSS INCOME FROM OIL, GAS, AND GEOTHERMAL.............. | 1,137 |
| 16 e (2) | DEDUCTIONS ALLOCABLE TO OIL, GAS, AND GEOTHERMAL......... | 1,317 |

DILLON OIL TECHNOLOGY PARTNERS
ALLOCATION OF INCOME (LOSS) BY STATE
84-0858201

PARTNER: 113 JOHN J HERDA [redacted]

| | INCOME (LOSS) |
|---|---|
| COLORADO | (18,900) |
| ILLINOIS | (180) |
| INTEREST INCOME | 11,131 |
| | --------- |
| | (7,949) |
| | ========= |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc.

▶ See separate Instructions.
For calendar year 1990 or tax year beginning ______ 1990, and ending ______, 19__

OMB No. 1545-0099
**1990**

Partner's identifying number ▶ [redacted]
Partner's name, address, and ZIP code PTNR NO 0659
Susan & John Herda Trust
John J. Herda
3025 S. Highland Drive
Las Vegas, NV. 89109

Partnership's identifying number ▶ 52-1420605
Partnership's name, address, and ZIP code
CAPITAL INCOME PROPERTIES-C (100)
C/O CRI., INC.
11200 ROCKVILLE PIKE
ROCKVILLE, MD. 20852

A Is this partner a general partner? ☐ Yes ☒ No
B Partner's share of liabilities:
Nonrecourse $ 216993
Qualified nonrecourse financing $
Other $
C What type of entity is this partner? ▶ TRUST
D Is this partner a ☒ domestic or a ☐ foreign partner?
E Enter partner's percentage of: (i) Before change or termination / (ii) End of year
Profit sharing ______ % 00.164982%
Loss sharing ______ % 00.164982%
Ownership of capital ______ % 00.164982%

F IRS Center where partnership filed return ▶ PHILADELPHIA, PA.
G (1) Tax Shelter Registration Number ▶ 85310002259
(2) Type of tax shelter ▶ 20
H(1) Did the partner's ownership interest in the partnership change after Oct. 22, 1986? ☐ Yes ☒ No
If "yes", attach statement. (See Form 1065 instructions.)
(2) Did the partnership start or acquire a new activity after Oct. 22, 1986? ☐ Yes ☒ No
If "yes", attach statement. (See Form 1065 instructions.)
I Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐
J Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

K Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Income (loss) from lines 1,2,3, and 4 below | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year (combine columns (a) through (f)) |
|---|---|---|---|---|---|---|
| -76823 | | -28860 | | 118 | | -105801 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -17569 | See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | -11423 | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 132 | Sch. B, Part I, line 1 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable lines of your return) |
| | 5 | Guaranteed payments to partners | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | (Enter on applicable lines of your return) |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 14 or 15 |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12 a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a through 4f above | b(1) | 132 | See Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) | Investment expenses included on line 10 above | b(2) | | |
| Credits | 13 a | Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 14 | Other credits (attach schedule) | 14 | | |
| Self Employment | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| Adjustments & Tax Preference Items | 16 a | Accelerated depreciation of real property placed in service before 1987 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Form 6251 instructions |
| | c | Depreciation adjustment on property placed in service after 1986 | 16c | 164 | |
| | f | Other adjustments and tax preference items (attach schedule) | 16f | | |
| Other | 21 | Supplemental information (see attached) | | | See Partner's Instructions for Schedule K-1 (Form 1065) |

# SCHEDULE K-1 (Form 1120S)

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Credits, Deductions, Etc.

▶ See separate instructions.

For calendar year 1990 or tax year beginning , 1990, & ending , 19

OMB No. 1545-0130

1990

Shareholder's identifying number [redacted]

Corporation's identifying number ▶ 88-0197524

Shareholder's name, address, and ZIP code

JOHN J HERDA
3025 SO HIGHLAND DR
LAS VEGAS, NV

Corporation's name, address, and ZIP code

NYP CORPORATION
3025 SO HIGHLAND DR
LAS VEGAS, NV 89109

A Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) ▶ .333 %

B Internal Revenue Service Center where corporation filed its return ▶ OGDEN, UT

C (1) Tax shelter registration number (see Instructions for Schedule K-1) ▶

(2) Type of tax shelter ▶

D If the shareholder acquired corporate stock after 10/22/86, check here ▶ ☐ and enter the shareholder's weighted percentage increase in stock ownership for 1990 (see Instructions for Schedule K-1) ▶ %

E If any activity for which income or loss is reported on line 1, 2, or 3, was started or acquired by the corporation after 10/22/86, check here ▶ ☐ and enter the date of start up or acquisition in the date space on line 1, 2, or 3 below.

F Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in col. (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities. If applicable, enter date asked for in item E ▶ | 1 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities. If applicable, enter date asked for in item E ▶ | 2 | 55,471. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 3 Net income (loss) from other rental activities. If applicable, enter date asked for in item E ▶ | 3 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applic. line of your return.) |
| | 5 Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) | 6 | | (Enter on applic. line of your return.) |
| Deductions | 7 Charitable contributions | 7 | | Sch. A, line 14 or 15 |
| | 8 Section 179 expense deduction (attach schedule) | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) | 9 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 10 Other deductions (attach schedule) | 10 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| Investment Interest | 11a Interest expense on investment debts | 11a | 46,533. | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a through 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| Credits | 12a Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | Form 8586, line 5 |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | Form 8586, line 5 |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 12c | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities (see instructions) | 12e | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 13 Other credits (see instructions) | 13 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |

For Paperwork Reduction Act Notice, see Form 1120S Instructions.

Schedule K-1 (Form 1120S) 1990

Sch K1 # 1

H733 120SK112 NTF 4984

Copyright Forms Software Only, 1990 Nelco, Inc.

SCHEDULE K-1 (Form 1120S)
Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, Etc.

▶ See separate instructions.
For calendar year 1990 or tax year
beginning , 1990, & ending , 19

OMB No. 1545-0130
1990

Shareholder's identifying number ▶ [redacted]
Corporation's identifying number ▶ 88-0225557

Shareholder's name, address, and ZIP code

JOHN J HERDA
9680 SULTANA
LAS VEGAS, NV 89118

Corporation's name, address, and ZIP code

H & H CORPORATION
9680 SULTANA
LAS VEGAS, NV 89118

A Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) ▶ 50 %
B Internal Revenue Service Center where corporation filed its return ▶ OGDEN, UT
C (1) Tax shelter registration number (see Instructions for Schedule K-1) ▶
(2) Type of tax shelter ▶
D If the shareholder acquired corporate stock after 10/22/86, check here ▶ ☐ and enter the shareholder's weighted percentage increase in stock ownership for 1990 (see Instructions for Schedule K-1) ▶ %
E If any activity for which income or loss is reported on line 1, 2, or 3, was started or acquired by the corporation after 10/22/86, check here ▶ ☐ and enter the date of start up or acquisition in the date space on line 1, 2, or 3 below.
F Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in col. (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities. If applicable, enter date asked for in item E ▶ | 1 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities. If applicable, enter date asked for in item E ▶ | 2 | 25,761. | |
| | 3 | Net income (loss) from other rental activities. If applicable, enter date asked for in item E ▶ | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | 596. | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applic. line of your return.) |
| | 5 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) | 6 | | (Enter on applic. line of your return.) |
| Deductions | 7 | Charitable contributions | 7 | | Sch. A, line 14 or 15 |
| | 8 | Section 179 expense deduction (attach schedule) | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 | Other deductions (attach schedule) | 10 | | |
| Investment Interest | 11a | Interest expense on investment debts | 11a | 19,129. | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a through 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) | Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a | Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | (1) | From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) | Other than on line 12b(1) for property placed in service before 1990 | b(2) | | |
| | (3) | From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) | Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 12c | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | | |
| | e | Credits related to other rental activities (see instructions) | 12e | | |
| | 13 | Other credits (see instructions) | 13 | | |

For Paperwork Reduction Act Notice, see Form 1120S Instructions. Schedule K-1 (Form 1120S) 1990

Sch K1 # 1

H733 120SK112 NTF 4984

0188

Copyright Forms Software Only, 1990 Nelco, Inc.

DISTRIBUTIVE SHARE OF TAXABLE INCOME (LOSSES), TAX PREFERENCES AND OTHER ITEMS FOR THE TAX YEAR ENDED DECEMBER 31, 1990

Schedule A
IRS SCHEDULE K-1 (Substitute)

PARTNER: John & Susan Herda Trust

PARTNERSHIP NAME & I.D. NUMBER: 2-TIER SPRINGBRIGH 52-1398144

| | | |
|---|---|---|
| LINE 2 | Net income (loss) from rental real estate activity(ies) | (15,160) |
| LINE 4 | Portfolio income (loss): | |
| a | Interest | 491 |
| LINE 10 | Deductions related to portfolio income | 0 |
| LINE 12b(1) | Investment income included in Schedule K-1, Lines 4a through 4f | 491 |
| LINE 12b(2) | Investment expenses included in Schedule K-1, Line 10 | 0 |
| LINE 16 | Tax Preference Items: | |
| a | Accelerated depreciation of real property placed in service before 1/1/87 | 11 |
| c | Depreciation adjustment on property placed in service after 12/31/86 | 153 |
| QUESTION A | Is this partner a general partner? | NO |
| QUESTION B | Partner's share of liabilities | |
| | Nonrecourse | 228,816 |
| | Qualified nonrecourse financing | 0 |
| | Other | 0 |
| QUESTION E | Ownership of capital, profit and loss | 2.200% |
| QUESTION G(1) | Tax Shelter Reg. # | 85158001090 |
| QUESTION G(2) | Type of Tax Shelter | 37 |
| QUESTION H(1) | Did the partner's ownership interest in the partnership change after 10/22/86? | NO |
| Total ACRS deduction included in line 2 income (loss) | | 13,129 |

INSTRUCTIONS FOR THE PARTNER

This substitute Schedule K-1 (Form 1065) is being used to inform you of your distributive share of the partnership's taxable income(losses), tax preferences and other items. It should be retained for your records and is not required to be filed with your personal income tax return. The actual Schedule K-1 will be filed by the partnership with the IRS Center in Philadelphia. Where applicable, the same information will be reported by the partnership in its state return. For further explanation of the ACRS deduction, please see the cover letter attached.

**The National Housing Partnership**
Investor Services

NHP

3/22/91

NHP SPRING MEADOW ASSOC. '85

John & Susan Herda Trust
9680 Sultana St
Las Vegas, NV 89119-0000

Dear Investor:

The enclosed schedules list your share of 1990 partnership taxable income (or loss) and other tax information related to your investment.

Please see the attached instructions for where to report the amounts when filing your Form 1040.

The breakdown by separate passive activity of the amounts reported on the Substitute Schedule K-1 is as follows:

| Property | Line 2 | Line 16a | Line 16c |
|---|---|---|---|
| Spring Meadow | 63% | 100% | 95% |
| Brightwood | 37% | 0% | 5% |

As we indicated in prior correspondence we have been reviewing the impact the final regulations under Internal Revenue Code Section 704(b) have upon your investment. We have determined that these regulations require us to specifically allocate some of the 1990 losses to NHP. Your losses reflect this special allocation.

The enclosed substitute K-1 does not reflect any Adjusted Current Earnings (ACE) information. Corporate partners who need this information to calculate their alternative minimum tax should contact our office.

Shortly after the enactment of the 1986 Tax Reform Act, we sent each investor a letter discussing the new tax law. In this letter we addressed the potential applicability of the low income housing transition relief rules to your syndication. Please refer to that letter and consult your tax advisor when determining your ability to utilize the losses from your NHP investment. Please be aware that if you determine that you qualify under the transition relief rules, your share of income (loss) should not be reported on Form 8582, but should be reported in a different manner.

11410 Isaac Newton Square
Reston, VA 22090-5012
1-800-347-4647 Ext. 2288
1-703-733-2288

Please consult your tax advisor regarding any requirement for the filing of state tax returns for the state in which each partnership is formed and refer to the section of your Private Placement Memorandum titled "Federal Income Tax Aspects" for a discussion of these and other tax matters. Should you have any questions regarding this notice, please contact NHP's Investor Services office toll free at (800) 347-4647, ext. 2288 or (703) 733-2288.

Sincerely,

Robert F Kane
Director, Corporate and
Partnership Taxation

# INSTRUCTIONS

Schedule A is a substitute for IRS Schedule K-1. It lists your distributive share of the taxable income (losses), tax preferences and other tax items to be reported by the partnership in its federal income tax return (Form 1065) for the year ended December 31, 1990. The following schedule shows where the amounts should be reported when filing your Form 1040.

| | Schedule K-1 | Form 1040 |
|---|---|---|
| Line 1 | Ordinary income(loss) from trade or business activity(ies) | Form 8582, Part I, Line 2 |
| Line 2 | Net income or (loss) from rental real estate activity(ies) | Form 8582, Part I, Line 2 |
| Line 4a | Portfolio income (loss) Interest | Schedule B, Part I, Line 1 |
| Line 4d | Net short term capital gain(loss) | Schedule D, Line 5 Col (f) or (g) |
| Line 4e | Net long-term capital gain(loss) | Schedule D, Line 12, col(f) or (g) |
| Line 6 | Net gain(loss) under section 1231 | Form 4797, Line 2 |
| Line 8 | Charitable contributions | Schedule A, Line 15 |
| Line 10 | Deductions related to portfolio income | Schedule A, Line 21 |
| Line 11 | Other deductions | Schedule A, Line 21 |
| Line 12a | Interest expense on investment debts | Form 4952, Line 1 |
| Line 12b(1) | Investment income included in Schedule K-1, lines 4a through 4f | Form 4952, Line 2 |
| Line 12b(2) | Investment expenses included in Schedule K-1, line 10 | Form 4952, Line 2 |

**The National Housing Partnership**
Investor Services

NHP

Spring Meadow 1990

December 13, 1990

Dear Investor:

Enclosed is your tax estimate for 1990.

The following is a brief description of the individual line items on the estimate:

1. Estimated Taxable Income (Loss) from Partnership(s) - represents ordinary passive income (loss) from the operations of the project(s) in which you invested, including the depreciation expense. Passive losses are subject to certain restrictions on deductibility.

2. Estimated Portfolio Income - represents investment income earned by the project. This income has not been included in the passive income or loss from the project.

3. Investor Services Fees from Cash Flow and from Payments - represents certain investment fees paid outside the Partnership(s). It is our opinion that these fees are deductible as miscellaneous itemized deductions subject to the 2% adjusted gross income floor.

4. Interest on Installment Payments - represents a passive expense and is subject to the same limitation on deductibility as partnership losses.

This estimate does not reflect any potential loss reallocations under Internal Revenue Code Section 704(b). It is our belief that for most of our investors any such reallocation would be immaterial.

Should you have any questions, please call our Investor Services Department at toll free 1-800-776-1744 ext. 8181 or (202) 326-8181.

Sincerely,

Bob Kane, Director
Corporate and Partnership Taxation

Enc.

1225 Eye Street, N.W.
Washington, D.C. 20005
800-776-1744 Ext. 8181
202-326-8181

**NHP Spring Meadow Assoc. '85**

**Tax Notice to Investors**

**Estimated 1990 Taxable Income (Loss)**

| | Per Each Full Investment Unit |
|---|---|
| Estimated passive income (loss) from partnership(s) | ($ 15,000) |
| Estimated portfolio income (loss) from partnership(s) | 310 |
| Esimated fees and interest paid in 1990 | |
| Investor service fees from payments | 0 |
| Investor service fees from cash flow | 0 |
| Interest on installment payments | 0 |
| Estimated total partnership income (loss), fees and interest | ($ 14,690) |

Department of the Treasury — Internal Revenue Service

# Form 1040 U.S. Individual Income Tax Return 1991

For the year Jan.–Dec. 31, 1991, or other tax year beginning , 1991, ending ,19 OMB. No. 1545–0074

Use the IRS label. Otherwise, please print or type. LABEL HERE

JOHN J HERDA
SUSAN M HERDA
9680 SULTANA
LAS VEGAS, NV 89118

Your social security no. [redacted]

Spouse's social security no. [redacted]

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
Do you want $1 to go to this fund? .......... Yes No
If joint return, does your spouse want $1 to go to this fund? ...... Yes No
Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 12.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶19 ). (See page 12.)

## Exemptions

(See page 12.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 ..........
b [X] **Spouse** ..........

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Chk. if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mo. lived in your home in 1991 |
|---|---|---|---|---|
| KRISTALLE HERDA | | [redacted] | DAUGHTER | 12 |
| JONATHAN HERDA | | [redacted] | SON | 12 |
| AMBER HERDA | | [redacted] | DAUGHTER | 12 |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
- lived with you: 3
- didn't live with you due to divorce or separation (see page 14):

No. of other dependents on 6c:

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here .. ▶ [ ]
e Total number of exemptions claimed ..........

Add numbers entered on lines above ▶ 5

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you do not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 169,400. |
| 8a | **Taxable** interest income (also attach Schedule B if over $400) | 8a | 25,757. |
| b | **Tax-exempt** interest income (see page 16). DON'T include on line 8a | 8b | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 2,043. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | -3,000. |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions .. 16a / 16b Taxable amount (see page 17) | 16b | |
| 17a | Total pensions & annuities .. 17a / 17b Taxable amount (see page 17) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | 84,308. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment comp. (insurance) (see page 18) | 20 | |
| 21a | Social security benefits . 21a / 21b Taxable amount (see pg. 18) | 21b | |
| 22 | Other income MISC INCOME 1,281 | 22 | 1,281. |
| 23 | Add amounts shown in far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 279,789. |

0195

## Adjustments to Income

(See page 19.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b | |
| 25 | One-half of self-employment tax (see page 21) | 25 | |
| 26 | Self-employed health insurance deduction, from worksheet on pg. 22 | 26 | |
| 27 | Keogh retirement plan & self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | |

PLAINTIFF'S EXHIBIT 20

**Adj. Gr. Income** 31 Subtract line 30 from line 23. This is your **adjusted gross income** ▶ 31 279,789.

H733 00011- 24 104012 NTF 6603 Preparers Edition

Copyright Forms Software Only, 1991 Nelco, Inc.

Form 1040 (1991) Page **2**

**Tax Computation**

| Line | Description | Box | Amount |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 279,789. |
| 33a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ | 33a | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ | 33b ☐ | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ | 33c ☐ | |
| 34 | Enter the larger of your: **Itemized deductions** (from Schedule A, line 26), **OR** **Standard deduction** (shown below for your filing status). **Caution:** If you checked **any** box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single — $3,400 • Head of household — $5,000 • Married filing jointly or Qualifying widow(er) — $5,700 • Married filing separately — $2,850 | 34 | 62,901. |
| 35 | Subtract line 34 from line 32 | 35 | 216,888. |
| 36 | If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter | 36 | |
| 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | 216,888. |
| 38 | Enter tax. Check if from a ☐ Tax Table, b ☒ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e 0.) | 38 | 60,351. |
| 39 | Additional taxes (see page 24). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| 40 | Add lines 38 and 39 ▶ | 40 | 60,351. |

If you want the IRS to figure your tax, see page 24.

**Credits** (See page 25.)

| Line | Description | Box | Amount |
|---|---|---|---|
| 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | |
| 43 | Foreign tax credit (attach Form 1116) | 43 | |
| 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form | 44 | |
| 45 | Add lines 41 through 44 | 45 | |
| 46 | Subtract line 45 from line 40. (If line 45 if more than line 40, enter -0-.) ▶ | 46 | 60,351. |

**Other Taxes**

| Line | Description | Box | Amount |
|---|---|---|---|
| 47 | Self-employment tax (attach Sch. SE) | 47 | |
| 48 | Alternative minimum tax (attach Form 6251) | 48 | |
| 49 | Recapture taxes (see pg. 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| 50 | Social security and Medicare tax on tip income not reported to employer (attach Form 4137) | 50 | |
| 51 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 51 | |
| 52 | Advance earned income credit payments from Form W-2 | 52 | |
| 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 60,351. |

**Payments**

Attach Forms W-2, W-2G, and 1099-R to page 1.

| Line | Description | Box | Amount |
|---|---|---|---|
| 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 54 | 38,070. |
| 55 | 1991 estimated tax payments and amount applied from 1990 return | 55 | |
| 56 | **Earned income credit** (attach Schedule EIC) | 56 | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | |
| 58 | Excess social security, Medicare, and RRTA tax withheld (see page 27) | 58 | |
| 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | |
| 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 | 38,070. |

**Refund or Amount You Owe**

| Line | Description | Box | Amount |
|---|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | 61 | 0. |
| 62 | Amount of line 61 to be **REFUNDED TO YOU** ▶ | 62 | 0. |
| 63 | Amount of line 61 to be **APPLIED TO YOUR 1992 EST. TAX** ▶ | 63 | |
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it | 64 | 22,281. |
| 65 | Estimated tax penalty (see page 28). Also include on line 64 | 65 | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation: SALES |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation: HOUSEWIFE |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature: SYLVIA HALL | Date: 4/12/92 | Check if self-employed ☐ | Preparer's social security no. [redacted] |
| Firm's name (or yours if self-employed) and address: SYLVIA HALL LTD, 2750 B SO HIGHLAND DR, LAS VEGAS, NV | | E.I. No. 88-0173684 | |
| | | ZIP code 89109-100 | |

0196



Copyright Forms Software Only, 1991 Nelco, Inc.

**SCHEDULE E (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Supplemental Income and Loss

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040 or Form 1041.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1991**
Attachment Sequence No. 13

Name(s) shown on return: JOHN J HERDA & SUSAN M HERDA

Your social security number: [redacted]

## Part I Income or Loss From Rentals and Royalties

**Note:** Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental property:

A RESIDENCE
410 NO 16TH STREET LV NV

B RESIDENCE
5483 ESCONDIDO LV NV

C

2 For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? (See instructions.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | X |
| C | | |

| Rental and Royalty Income: | Line | Properties A | Properties B | Properties C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 2,610. | 3,000. | | 3 | 5,610. |
| 4 Royalties received | 4 | | | | 4 | |
| **Rental and Royalty Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 174. | 122. | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Mortgage interest paid to banks, etc. (see instructions) | 11 | 1,118. | 3,528. | | 11 | 4,646. |
| 12 Other interest | 12 | | | | | |
| 13 Repairs | 13 | | | | | |
| 14 Supplies | 14 | | | | | |
| 15 Taxes | 15 | 291. | | | | |
| 16 Utilities | 16 | 186. | | | | |
| 17 Wages and salaries | 17 | | | | | |
| 18 Other (list) ▶ ASSOCIATION FEE | 18 | | 336. | | | |
| 19 Add lines 5 through 18 | 19 | 1,769. | 3,986. | | 19 | 5,755. |
| 20 Depreciation expense or depletion (see instructions) | 20 | 842. | | | 20 | 842. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 2,611. | 3,986. | | | |
| 22 Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | -1. | -986. | | | |
| 23 Deductible rental loss. **Caution:** Your rental loss on line 22 may be limited. See instructions to find out if you must file Form 8582 | 23 | ( 1.) | ( 983.) | ( ) | | |
| 24 **Income.** Add rental and royalty income from line 22. Enter the total income here | | | | | 24 | |
| 25 **Losses.** Add royalty losses from line 22 and rental losses from line 23. Enter the total losses here | | | | | 25 | ( 984.) |
| 26 Total rental and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in the total on line 40 on page 2 | | | | | 26 | -984. |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

Schedule E (Form 1040) 1991

H733 E12 NTF 6366 0197

Copyright Forms Software Only, 1991 Nelco, Inc.

Schedule E (Form 1040) 1991 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and SSN if shown on page 1.)
JOHN J HERDA & SUSAN M HERDA

Your social security number
[redacted]

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See instructions. If you check column (f), you must attach **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | NYP CORPORATION | S | | 88-0197524 | X | |
| B | H & H CORPORATION | S | | 88-0225557 | X | |
| C | SPRINGBRIGHT | P | | 5-2139814 | | X |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | 157.00 | | | 61274. |
| B | | 41.00 | | | 39498. |
| C | 15,678. | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 198.00 | | | 100772. |
| b Totals | 15,678. | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a. Enter the total income here | 29 | 100,970. |
| 30 | Add columns (g), (i), and (j) of line 28b. Enter the total here | 30 | ( 15,678.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 85,292. |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a. Enter the total income here | 34 | |
| 35 | Add columns (c) and (e) of line 33b. Enter the total here | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** (Also complete line 41 below.) | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 84,308. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your gross farming and fishing income reported in Parts II and III and on line 39 (see instructions) 41 | | |



Copyright Forms Software Only, 1991 Nelco, Inc.

NHP Spring Meadow Assoc. '85

Tax Notice to Investors

Estimated 1991 Taxable Income (Loss)

| | Per Each Full Investment Unit |
|---|---|
| Estimated passive income (loss) from partnership(s) | ($ 8,700) |
| Estimated portfolio income (loss) from partnership(s) | 150 |
| Estimated fees and interest paid in 1991 | |
| Investor service fees from payments | 0 |
| Investor service fees from cash flow | 0 |
| Interest on installment payments | 0 |
| Estimated total partnership income (loss), fees and interest | ($ 8,550) |

**The National Housing Partnership**
Investor Services

NHP

December 20, 1991

Dear Investor:

Enclosed is your tax estimate for 1991.

The following is brief description of the individual line items on the estimate:

1. Estimated Passive Income (Loss) from Partnership(s) - represents ordinary passive income (loss) from the operations of the project(s) in which you invested, including the depreciation expense.

2. Estimated Portfolio Income - represents investment income earned by the project. This income has not been included in the passive income or loss from the project.

3. Investor services Fees from Cash Flow - represents certain investment fees paid outside the Partnership(s). It is our opinion that these fees are deductible as miscellaneous itemized deductions subject to the 2% adjusted gross income floor.

This estimate does not reflect any potential loss reallocation under Internal Revenue Code Section 704(b). It is our belief that for most of our investors any such reallocation would be immaterial.

Should you have any questions, please call our Investor Services office at toll free 1-800-347-4647, extension 2288 or 1-703-733-2288.

Sincerely,

Robert F. Kane
Director-Corporate and
Partnership Taxation

11410 Isaac Newton Square
Reston, VA 22090-5012
1-800-347-4647 Ext. 2288
1-703-733-2288