NHP Clover Creek Assoc. '85

Tax Notice to Investors

Estimated 1990 Taxable Income (Loss)

| | Per Each Full Investment Unit |
|---|---|
| Estimated passive income (loss) from partnership(s) | ($ 25,100) |
| Estimated portfolio income (loss) from partnership(s) | 4,660 |
| Esimated fees and interest paid in 1990 | |
| Investor service fees from payments | 0 |
| Investor service fees from cash flow | 0 |
| Interest on installment payments | 0 |
| Estimated total partnership income (loss), fees and interest | ($ 20,440) |

**SCHEDULE K-1 (Form 1120S)**

Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, Etc.

▶ See separate Instructions.

For calendar year 1990 or tax year beginning , 1990, & ending , 19

OMB No. 1545-0130

**1990**

Shareholder's identifying number ▶ [redacted]

Corporation's identifying number ▶ 88-0197524

Shareholder's name, address, and ZIP code

NICHOLAS HERDA
3025 SO HIGHLAND DR
LAS VEGAS, NV 89109

Corporation's name, address, and ZIP code

NYP CORPORATION
3025 SO HIGHLAND DR
LAS VEGAS, NV 89109

A Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) ▶ .333 %

B Internal Revenue Service Center where corporation filed its return ▶ OGDEN, UT

C (1) Tax shelter registration number (see Instructions for Schedule K-1) ▶

(2) Type of tax shelter ▶

D If the shareholder acquired corporate stock after 10/22/86, check here ▶ ☐ and enter the shareholder's weighted percentage increase in stock ownership for 1990 (see Instructions for Schedule K-1) ▶ %

E If any activity for which income or loss is reported on line 1, 2, or 3, was started or acquired by the corporation after 10/22/86, check here ▶ ☐ and enter the date of start up or acquisition in the date space on line 1, 2, or 3 below.

F Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in col. (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities. If applicable, enter date asked for in item E ▶ | 1 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities. If applicable, enter date asked for in item E ▶ | 2 | 55,471. | |
| | 3 Net income (loss) from other rental activities. If applicable, enter date asked for in item E ▶ | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applic. line of your return.) |
| | 5 Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) | 6 | | (Enter on applic. line of your return.) |
| Deductions | 7 Charitable contributions | 7 | | Sch. A, line 14 or 15 |
| | 8 Section 179 expense deduction (attach schedule) | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 Other deductions (attach schedule) | 10 | | |
| Investment Interest | 11a Interest expense on investment debts | 11a | 46,533. | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a through 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 12c | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | | |
| | e Credits related to other rental activities (see instructions) | 12e | | |
| | 13 Other credits (see instructions) | 13 | | |

**For Paperwork Reduction Act Notice, see Form 1120S Instructions.** Schedule K-1 (Form 1120S) 1990

Sch K1 # 2

H733 120SK112 NTF 4984

Copyright Forms Software Only, 1990 Nelco, Inc.

**SCHEDULE K-1 (Form 1120S)**
Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, Etc.

▶ See separate Instructions.
For calendar year 1990 or tax year beginning , 1990, & ending , 19

OMB No. 1545-0130
**1990**

Shareholder's identifying number ▶ [redacted]

Corporation's identifying number ▶ 88-0225557

Shareholder's name, address, and ZIP code

NICHOLAS HERDA
3025 SO HIGHLAND DR
LAS VEGAS, NV 89109

Corporation's name, address, and ZIP code

H & H CORPORATION
9680 SULTANA
LAS VEGAS, NV 89118

A Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) ▶ 50 %

B Internal Revenue Service Center where corporation filed its return ▶ OGDEN, UT

C (1) Tax shelter registration number (see Instructions for Schedule K-1) ▶
(2) Type of tax shelter ▶

D If the shareholder acquired corporate stock after 10/22/86, check here ▶ ☐ and enter the shareholder's weighted percentage increase in stock ownership for 1990 (see Instructions for Schedule K-1) ▶ %

E If any activity for which income or loss is reported on line 1, 2, or 3, was started or acquired by the corporation after 10/22/86, check here ▶ ☐ and enter the date of start up or acquisition in the date space on line 1, 2, or 3 below.

F Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in col. (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities. If applicable, enter date asked for in item E ▶ | 1 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities. If applicable, enter date asked for in item E ▶ | 2 | 25,761. | |
| | 3 | Net income (loss) from other rental activities. If applicable, enter date asked for in item E ▶ | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | 596. | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applic. line of your return.) |
| | 5 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) | 6 | | (Enter on applic. line of your return.) |
| Deductions | 7 | Charitable contributions | 7 | | Sch. A, line 14 or 15 |
| | 8 | Section 179 expense deduction (attach schedule) | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 | Other deductions (attach schedule) | 10 | | |
| Investment Interest | 11a | Interest expense on investment debts | 11a | 19,129. | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a through 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) | Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a | Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | (1) | From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) | Other than on line 12b(1) for property placed in service before 1990 | b(2) | | |
| | (3) | From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) | Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 12c | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | | |
| | e | Credits related to other rental activities (see instructions) | 12e | | |
| | 13 | Other credits (see instructions) | 13 | | |

**For Paperwork Reduction Act Notice, see Form 1120S Instructions.**

Schedule K-1 (Form 1120S) 1990

Sch K1 # 2

H733

120SK112 NTF 4984

Copyright Forms Software Only, 1990 Nelco, Inc.

0263

DISTRIBUTIVE SHARE OF TAXABLE INCOME (LOSSES), TAX PREFERENCES AND OTHER ITEMS FOR THE TAX YEAR ENDED DECEMBER 31, 1990

Schedule A
IRS SCHEDULE K-1 (Substitute)

PARTNER: Nicholas Herda Trust

PARTNERSHIP NAME & I.D. NUMBER: CLOVER CREEK 52-1372099

| | | |
|---|---|---|
| LINE 2 | Net income (loss) from rental real estate activity(ies) | (29,002) |
| LINE 4 | Portfolio income (loss): | |
| a | Interest | 2,358 |
| LINE 10 | Deductions related to portfolio income | 0 |
| LINE 12a | Interest expense on investment debts | 1,901 |
| LINE 12b(1) | Investment income included in Schedule K-1, Lines 4a through 4f | 2,358 |
| LINE 12b(2) | Investment expenses included in Schedule K-1, Line 10 | 0 |
| LINE 16 | Tax Preference Items: | |
| a | Accelerated depreciation of real property placed in service before 1/1/87 | 2,976 |
| c | Depreciation adjustment on property placed in service after 12/31/86 | 171 |
| QUESTION A | Is this partner a general partner? | NO |
| QUESTION B | Partner's share of liabilities | |
| | Nonrecourse | 276,338 |
| | Qualified nonrecourse financing | 0 |
| | Other | 0 |
| QUESTION E | Ownership of capital, profit and loss | .875% |
| QUESTION G(1) | Tax Shelter Reg. # | 85214001480 |
| QUESTION G(2) | Type of Tax Shelter | 38 |
| QUESTION H(1) | Did the partner's ownership interest in the partnership change after 10/22/86? | NO |
| Total ACRS deduction included in line 2 income (loss) | | 14,321 |

INSTRUCTIONS FOR THE PARTNER

This substitute Schedule K-1 (Form 1065) is being used to inform you of your distributive share of the partnership's taxable income(losses), tax preferences and other items. It should be retained for your records and is not required to be filed with your personal income tax return. The actual Schedule K-1 will be filed by the partnership with the IRS Center in Philadelphia. Where applicable, the same information will be reported by the partnership in its state return. For further explanation of the ACRS deduction, please see the cover letter attached.

SCHEDULE B

NHP CLOVER CREEK ASSOC. '85

SUMMARY OF FEES AND INTEREST PAID IN 1990

(Not included in Partnership losses reported on Schedule A)

PARTNER: Nicholas Herda Trust

| | Your Payment |
|---|---|
| Construction Guarantee Fee paid to NCHP in 1990 | 0 |
| Operating Deficit Guarantee Fee paid to NCHP in 1990 | 0 |
| Administrative and Reporting Fee paid to NCHP in 1990 | 0 |
| Interest on Installment payments paid to NHP in 1990 | 0 |

SUBSTITUTE SCHEDULE K-1 (FORM 1065)
OMB. NO. 1545-0099
CALENDAR YEAR 1990

PARTNER 15
IDENTIFYING #: [redacted]

NICHOLAS HERDA
HERDAS APPLIANCE & TV
3025 SOUTH HIGHLAND
LAS VEGAS, NV 89109

PARTNERSHIP
IDENTIFYING #: 84-0858166

CROWNE OIL TECHNOLOGY PARTNERS
P O BOX 300565
1021 17TH STREET
DENVER, CO 80218

A. GENERAL PARTNER ? ......NO
B. PARTNER'S SHARE OF LIABILITIES:
NONRECOURSE............. 0.00
OTHER................... 0.00

C. TYPE OF ENTITY: INDIVIDUAL

E. PARTNER'S PERCENTAGE OF:
END OF YR
PROFIT SHARING.......0.833000%
LOSS SHARING.........0.833000%
CAPITAL SHARING......0.820152%
F. P/SHIP IRS CENTER: OGDEN, UT

SCHEDULE K: RECONCILIATION OF PARTNER'S CAPITAL ACCOUNT:

| A) CAPITAL ACCOUNT AT BEGINNING OF YEAR | B) CAPITAL CONTRIBUTED DURING YEAR | C) ORDINARY INCOME (LOSS) FROM LINE 1 | D) INCOME NOT INCLUDED IN C) + NONTAXABLE INCOME |
|---|---|---|---|
| (144,277) | 0 | (16,310) | |

| E) LOSSES NOT INCLUDED IN C) + UNALLOWABLE DEDUCTIONS | F) WITHDRAWALS AND DISTRIBUTIONS | G) CAPITAL ACCOUNT AT END OF YEAR |
|---|---|---|
| | 0 | (160,587) |

| K-1 LINE | DISTRIBUTIVE SHARE ITEMS | AMOUNT |
|---|---|---|
| 1 | ORDINARY INCOME (LOSS)................................ | (24,099) |
| 4 a | INTEREST.............................................. | 7,789 |
| 12 b (1) | INVESTMENT INCOME..................................... | 7,789 |
| 16 e (1) | GROSS INCOME FROM OIL, GAS, AND GEOTHERMAL.............. | 1,172 |
| 16 e (2) | DEDUCTIONS ALLOCABLE TO OIL, GAS, AND GEOTHERMAL......... | 1,356 |

CROWNE OIL TECHNOLOGY PARTNERS
ALLOCATION OF INCOME (LOSS) BY STATE
84-0858166

PARTNER: 15 NICHOLAS HERDA [redacted]

| | INCOME (LOSS) |
|---|---|
| COLORADO | (23,915) |
| ILLINOIS | (184) |
| INTEREST INCOME | 7,789 |
| | --------- |
| | (16,310) |
| | ========= |

# SCHEDULE K-1 (Form 1065) — Partner's Share of Income, Credits, Deductions, Etc.

Department of the Treasury Internal Revenue Service

▶ See separate Instructions.

For calendar year 1990 or tax year beginning ____ 1990, and ending ____ ,19__

OMB No. 1545-0099

1990

Partner's identifying number ▶ [redacted]

Partner's name, address, and ZIP code PTNR NO 0660

Nicholas Herda Revocable Trust
Nicholas Herda
3025 S. Highland Drive
Las Vegas, NV. 89109

Partnership's identifying number ▶ 52-1420605

Partnership's name, address, and ZIP code

CAPITAL INCOME PROPERTIES-C (100)
C/O CRI., INC.
11200 ROCKVILLE PIKE
ROCKVILLE, MD. 20852

A Is this partner a general partner? ☐ Yes ☒ No

B Partner's share of liabilities:
Nonrecourse $ 216993
Qualified nonrecourse financing $
Other $

C What type of entity is this partner? ▶ TRUST

D Is this partner a ☒ domestic or a ☐ foreign partner?

E Enter partner's percentage of: (i) Before change or termination / (ii) End of year
Profit sharing ____ % 00.164982%
Loss sharing ____ % 00.164982%
Ownership of capital ____ % 00.164982%

F IRS Center where partnership filed return ▶ PHILADELPHIA, PA.

G (1) Tax Shelter Registration Number ▶ 85310002259
(2) Type of tax shelter ▶ 20

H(1) Did the partner's ownership interest in the partnership change after Oct. 22, 1986? ☐ Yes ☒ No
If "yes", attach statement. (See Form 1065 Instructions.)

(2) Did the partnership start or acquire a new activity after Oct. 22, 1986? ☐ Yes ☒ No
If "yes", attach statement. (See Form 1065 Instructions.)

I Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

J Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

K Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Income (loss) from lines 1,2,3, and 4 below | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year (combine columns (a) through (f)) |
|---|---|---|---|---|---|---|
| -76823 | | -28860 | | 118 | | -105801 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -17569 | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 2 | Net income (loss) from rental real estate activities | 2 | -11423 | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 132 | Sch. B, Part I, line 1 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable lines of your return) |
| | 5 | Guaranteed payments to partners | 5 | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | (Enter on applicable lines of your return) |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 14 or 15 |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12 a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a through 4f above | b(1) | 132 | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) | Investment expenses included on line 10 above | b(2) | | |
| Credits | 13 a | Credit for income tax withheld | 13a | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 14 | Other credits (attach schedule) | 14 | | |
| Self Employment | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| Adjustments & Tax Preference Items | 16 a | Accelerated depreciation of real property placed in service before 1987 | 16a | | (See Partner's Instructions for Schedule K-1 (Form 1065) and Form 6251 Instructions) |
| | c | Depreciation adjustment on property placed in service after 1986 | 16c | 164 | |
| | f | Other adjustments and tax preference items (attach schedule) | 16f | | |
| Other | 21 | Supplemental information (see attached) | | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

Department of the Treasury—Internal Revenue Service

# Form 1040 U.S. Individual Income Tax Return 1991

For the year Jan.–Dec. 31, 1991, or other tax year beginning , 1991, ending , 19 | OMB. No. 1545-0074

Use the IRS label. Otherwise, please print or type. LABEL HERE

NICHOLAS HERDA
JODI LYNN HERDA
7150 SCHUSTER
LAS VEGAS, NV 89118

Your social security no. [redacted]

Spouse's social security no. [redacted]

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**

| | | | |
|---|---|---|---|
| Do you want $1 to go to this fund? | X Yes | | No |
| If joint return, does your spouse want $1 to go to this fund? | X Yes | | No |

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 12.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶19 ). (See page 12.)

## Exemptions

(See page 12.)

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2

b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Chk. if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mo. lived in your home in 1991 |
|---|---|---|---|---|
| NICHOLAS HERDA JR | | 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 | SON | 12 |
| MICHAEL D HERDA | | 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 | SON | 12 |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
- lived with you: 2
- didn't live with you due to divorce or separation (see page 14):

No. of other dependents on 6c:

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed

Add numbers entered on lines above ▶ 4

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you do not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 188,656. |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a | 12,472. |
| b | Tax-exempt interest income (see page 16). DON'T include on line 8a  8b | | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 3,329. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 3,824. |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions 16a; 16b Taxable amount (see page 17) | 16b | |
| 17a | Total pensions & annuities 17a; 17b Taxable amount (see page 17) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | 84,072. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment comp. (insurance) (see page 18) | 20 | |
| 21a | Social security benefits 21a; 21b Taxable amount (see pg. 18) | 21b | |
| 22 | Other income INTERWEST APPLIANCE 1,676 | 22 | 1,676. |
| 23 | Add amounts shown in far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 294,029. |

## Adjustments to Income

(See page 19.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b | |
| 25 | One-half of self-employment tax (see page 21) | 25 | 119. |
| 26 | Self-employed health insurance deduction, from worksheet on pg. 22 | 26 | |
| 27 | Keogh retirement plan & self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 119. |

**PLAINTIFF'S EXHIBIT 36**

| Adj. Gr. Income | | | |
|---|---|---|---|
| 31 | Subtract line 30 from line 23. This is your **adjusted gross income** ▶ | 31 | 293,910. |

H733 00012- 1 104012 NTF 6603

Copyright Forms Software Only, 1991 Nelco, Inc.

Pre

NICHOLAS HERDA & JODI LYNN HERDA

Form 1040 (1991) Page 2

**Tax Computation**

32 Amount from line 31 (adjusted gross income) .......... **32** 293,910.

33a Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind.
Add the number of boxes checked above and enter the total here .......... ▶ **33a** ☐

b If your parent (or someone else) can claim you as a dependent, check here .. ▶ **33b** ☐

c If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here .... ▶ **33c** ☐

If you want the IRS to figure your tax, see page 24.

34 Enter the larger of your: **Itemized deductions** (from Schedule A, line 26), OR **Standard deduction** (shown below for your filing status). **Caution:** If you checked **any** box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.
- Single — $3,400
- Head of household — $5,000
- Married filing jointly or Qualifying widow(er) — $5,700
- Married filing separately — $2,850

**34** 61,996.

35 Subtract line 34 from line 32 .......... **35** 231,914.

36 If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter .......... **36**

37 **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) ..... **37** 231,914.

38 Enter tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☒ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e 0. ) **38** 64,894.

39 Additional taxes (see page 24). Check if from a ☐ Form 4970 b ☐ Form 4972 ........ **39**

40 Add lines 38 and 39 .......... ▶ **40** 64,894.

**Credits** (See page 25.)

41 Credit for child and dependent care expenses (attach Form 2441) ....... **41** 480.

42 Credit for the elderly or the disabled (attach Schedule R) ..... **42**

43 Foreign tax credit (attach Form 1116) .......... **43**

44 Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form ______ **44**

45 Add lines 41 through 44 .......... **45** 480.

46 Subtract line 45 from line 40. (If line 45 if more than line 40, enter -0-.) .......... ▶ **46** 64,414.

**Other Taxes**

47 Self-employment tax (attach Sch. SE) .......... **47** 237.

48 Alternative minimum tax (attach Form 6251) .......... **48**

49 Recapture taxes (see pg. 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 .... **49**

50 Social security and Medicare tax on tip income not reported to employer (attach Form 4137) .......... **50**

51 Tax on an IRA or a qualified retirement plan (attach Form 5329) .......... **51**

52 Advance earned income credit payments from Form W-2 .......... **52**

53 Add lines 46 through 52. This is your **total tax** .......... ▶ **53** 64,651.

**Payments**

54 Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) **54** 33,100.

55 1991 estimated tax payments and amount applied from 1990 return ...... **55**

56 **Earned income credit** (attach Schedule EIC) .......... **56**

57 Amount paid with Form 4868 (extension request) .......... **57**

58 Excess social security, Medicare, and RRTA tax withheld (see page 27) ... **58**

59 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 **59**

Attach Forms W-2, W-2G, and 1099-R to page 1.

60 Add lines 54 through 59. These are your **total payments** .......... ▶ **60** 33,100.

**Refund or Amount You Owe**

61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ **61** 0.

62 Amount of line 61 to be **REFUNDED TO YOU** .......... ▶ **62** 0.

63 Amount of line 61 to be **APPLIED TO YOUR 1992 EST. TAX** ▶ **63**

64 If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it... **64** 31,551.

65 Estimated tax penalty (see page 28). Also include on line 64 .......... **65**

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

Your signature | Date | Your occupation: SALES

Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation: SECRETARY

**Paid Preparer's Use Only**

Preparer's signature: SYLVIA HALL | Date: 4/10/92 | Check if self-employed ☐ | Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address: SYLVIA HALL LTD, 2750 B SO HIGHLAND DR, LAS VEGAS, NV | E.I. No. 88-0173684 | ZIP code 89109-100



Copyright Forms Software Only, 1991 Nelco, Inc.

Pre

Schedule E (Form 1040) 1991 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and SSN if shown on page 1.) NICHOLAS HERDA & JODI LYNN HERDA

Your social security number [redacted]

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. See instructions. If you check column (f), you must attach **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | NYP CORPORATION | S | | 88-0197524 | X | |
| B | H & H CORPORATION | S | | 88-0225557 | X | |
| C | CLOVER CREEK | P | | 5-2137209 | | X |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | | | | | |
| B | | | | | 61274. |
| C | 16,700. | | | | 39498. |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | |
| b Totals | 16,700. | | | | 100772. |

29 Add columns (h) and (k) of line 28a. Enter the total income here .......... **29** 100,772.

30 Add columns (g), (i), and (j) of line 28b. Enter the total here .......... **30** ( 16,700. )

31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below .......... **31** 84,072.

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add columns (d) and (f) of line 33a. Enter the total income here .......... **34**

35 Add columns (c) and (e) of line 33b. Enter the total here .......... **35** ( )

36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below .......... **36**

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below .......... **38**

## Part V Summary

39 Net farm rental income or (loss) from **Form 4835.** (Also complete line 41 below.) .......... **39**

40 TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 .......... ▶ **40** 84,072.

41 **Reconciliation of Farming and Fishing Income:** Enter your gross farming and fishing income reported in Parts II and III and on line 39 (see instructions) .......... **41**



Copyright Forms Software Only, 1991 Nelco, Inc.

**…Share of Income, Credits, Deductions, etc.**

(Form 1120S) ▶ See separate instructions.

Department of the Treasury
Internal Revenue Service

For calendar year 1991 or tax year beginning , 1991, and ending , 19

OMB No. 1545-0130

**1991**

Shareholder's identifying number ▶ [redacted]

Corporation's identifying number ▶ 88-0225557

Shareholder's name, address, and ZIP code

NICHOLAS HERDA
3025 SO HIGHLAND DR
LAS VEGAS, NV 89109

Corporation's name, address, and ZIP code

H & H CORPORATION
9680 SULTANA
LAS VEGAS, NV 89118

A Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) ▶ 50 %

B Internal Revenue service center where corporation filed its return ▶ OGDEN, UT

C (1) Tax shelter registration number (see Instructions for Schedule K-1) ▶

(2) Type of tax shelter ▶

D Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in col. (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 39,498. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 60. | Sch. B, Part I, line 1 |
| | b Dividends | 4b | 887. | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 4, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 11, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applic. line of your return.) |
| | 5 Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) | 6 | 41. | (Enter on applic. line of your return.) |
| Deductions | 7 Charitable contributions (see instructions) (attach schedule) | 7 | | Sch. A, line 13 or 14 |
| | 8 Section 179 expense deduction | 8 | | See Shareholder's Inst. for Sch. K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 Other deductions (attach schedule) | 10 | | |
| Investment Interest | 11a Interest expense on investment debts | 11a | 23,800. | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a through 4f above | b(1) | | See Shareholder's Inst. for Sch. K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 12c | | See Shareholder's Inst. for Sch. K-1 (Form 1120S). |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | | |
| | e Credits related to other rental activities (see instructions) | 12e | | |
| | 13 Other credits (see instructions) | 13 | | |
| Adjustments and Tax Preference Items | 14a Accelerated depreciation of real property placed in service before 1987 | 14a | | See Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b Accelerated depreciation of leased personal property placed in service before 1987 | 14b | | |
| | c Depreciation adjustment on property placed in service after 1986 | 14c | | |
| | d Depletion (other than oil and gas) | 14d | | |
| | e (1) Gross income from oil, gas, or geothermal properties | e(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | e(2) | | |
| | f Other adjustments and tax preference items (attach schedule) | 14f | | |

For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 1991

Sch K1 # 2

H733

120SK112 NTF 6765

Copyright Forms Software Only, 1991 Nelco, Inc.

**SCHEDULE K-1 (Form 1065)**

Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc.

▶ See separate instructions.

For calendar year 1991 or tax year beginning ____________, 1991, and ending ________

OMB No. 1545-0099

**1991**

Partner's identifying number ▶ [redacted]

Partner's name, address, and ZIP code PTNR NO 0660

Nicholas Herda Revocable Trust
Nicholas Herda
3025 S. Highland Drive
Las Vegas, NV. 89109

Partnership's identifying number ▶ 52-1420605

Partnership's name, address, and ZIP code

CAPITAL INCOME PROPERTIES C
C/O CRI., INC.
11200 ROCKVILLE PIKE
ROCKVILLE, MD. 20852

A Is this partner a general partner? ☐ Yes ☒ No

B Partner's share of liabilities (see instructions):

Nonrecourse $ 263656

Qualified nonrecourse financing $

Other $

C What type of entity is this partner? ▶ TRUST

D Is this partner a ☒ domestic or a ☐ foreign partner?

E IRS Center where partnership filed return:
PHILADELPHIA, PA 19255

F Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 00.164982 |
| Loss sharing | % | 00.164982 |
| Ownership of capital | % | 00.164982 |

G (1) Tax shelter registration number ▶ 85310002259

(2) Type of tax shelter ▶ 20

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -105801 | | -30243 | ( ) | -136044 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -15285 | |
| | 2 | Net income (loss) from rental real estate activities | 2 | -15092 | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 159 | Sch. B, Part I, line 1 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col (f), or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 12, col (f), or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | |
| | 5 | Guaranteed payments to partner | 5 | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | (Enter on applicable line of your return) |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 13 or 14 |
| | 9 | Section 179 expense deduction (attach schedule) | 9 | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12 a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a through 4f above | b(1) | 159 | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13 a | Credit for income tax withheld | 13a | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | d | Credit(s) (other than credits shown on Lines 13b and 13c) related to rental real estate activities (attach schedule) | 13d | | |
| | e | Credit(s) related to other activities (see instructions) | 13e | | |
| | 14 | Other Credits (see instructions) | 14 | | |
| Self-Emp | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a | Accelerated depreciation of real property placed in service before 1987 | 16a | | See Form 6251 instructions and Partner's Instructions for Schedule K-1 (Form 1065) |
| | b | Accelerated depredation of leased personal property placed in service before 1987 | 16b | | |
| | c | Depreciation adjustment on property placed in service after 1986 | 16c | 202 | |
| | f | Other adjustments and tax preference items (attach schedule) | 16f | | |
| Other | 20 | Supplemental information (see attached) | | | (See Partner's Instr Schedule K-1 (Fo |

H763

0273

The CRI Building
11200 Rockville Pike
Rockville, Maryland 208__
(301) 468-9200

Facsimile: (301) 231-0396
Telex: (9102500099)

# MEMORANDUM

CRI

TO: Limited Partners

FROM: Kathleen G. Sloan, Vice-President
Investment Communications

DATE: February 28, 1992

RE: Third Quarter, 1991 Report
Capital Income Properties-C ("CIP-100")
Hyatt Regency Bethesda (the "Hotel")
Bethesda Metro Office Building

Enclosed is a Property Status Report reflecting the unaudited comparitive financial results for the period ended September 30, 1991 and 1990. This information describes the properties operations at the local partnership level.

## HOTEL OPERATIONS

For the nine months ended September 30, 1991, the hotel achieved an approximate average occupancy rate of 70% and an average room rate of $94. Although the Hotel has not met the average budgeted rate or occupancy for the first nine months of 1991, Hyatt Management has taken a very aggressive position in controlling expenses. The Net Income Before Debt Service exceeded budget by almost $500,000 and also exceeded last years total by approximately $264,000. Cost cutting programs by Hyatt Management have been the main contributing factor to this increase.

During 1991 the Hotel received a Four Diamond rating by the AAA Motor Club for all around service. This distinction became effective January 1992. We have been told the Hyatt is the only hotel in the suburban Washington area to receive an award of this stature.

## OFFICE BUILDING OPERATIONS

The office building sustained an average occupancy of 80%, with an average rental rate of $28 per square foot for the nine months ended September 30, 1991. Average occupancy at the retail/marketplace for the same period was 52%. There was a decline in office occupancy between the third quarter of 1991 and third quarter 1990, resulting from the loss of several tenants. The economy has affected many businesses in the area causing increased competition to fill vacant office space. However, management has been able to sign new leases totalling 14,254 square feet. As mentioned in prior correspondence, Oracle, the anchor tenant, has consolidated its space by 26,118 square feet. Their total square footage currently is 86,852. During this process Oracle signed a seven year lease. Net Income Before Debt Service for the Nine Months has remained below budget due to 8,314 square feet in unbudgeted vacancies and rent budgeted but not paid by tenants occupying a total of 44,977 square feet. These tenants have been vacated, and legal action has been initiated to collect unpaid rents.

A Real Estate Financial Services Company
Serving Investors World Wide

{OVER}

CAPITAL INCOME PROPERTIES - C ("CIP-100")
PROPERTY STATUS REPORT

GENERAL INFORMATION

| | |
|---|---|
| BUILDING: | BETHESDA METRO CENTER |
| LOCATION: | Bethesda, Maryland |
| GENERAL DESCRIPTION: | A 12-story, 384 room, luxury hotel and a 17-story office building with retail space. The development also has a parking garage with 1,323 spaces, outdoor fountains and a performing arts center that converts into an ice rink in the winter months.<br><br>Office Space Net Rentable Square Feet: 321,022<br>Retail Space Net Rentable Square Feet: 30,515 |
| LOCAL PARTNERSHIP: | Bethesda Metro Center Limited Partnership |
| LOCAL GENERAL PARTNERS: | Alan I. Kay, Allen E. Rozansky and C.R.C.C. of Bethesda, Inc. |
| HOTEL MANAGEMENT: | Hyatt Corporation |
| OFFICE BUILDING MANAGEMENT: | Realty Management Company |
| PURCHASE DATE: | 1985 |
| PEAK SEASON: | CORPORATE HOTEL; NO PARTICULAR PEAK SEASON |

HYATT REGENCY BETHESDA - FINANCIAL INFORMATION

| | (Unaudited) NINE MONTHS ENDED SEPTEMBER 30 | | | (Unaudited) FOR YEAR ENDED | |
|---|---|---|---|---|---|
| | ACTUAL 1991 | BUDGET 1991 | ACTUAL 1990 | BUDGET 1991 | ACTUAL 1990 |
| OCCUPANCY PERCENT: | 70.0% | 71.6% | 71.8% | 71.7% | 70.9% |
| ROOM RATE: | $93.76 | $97.99 | $95.45 | $99.08 | $95.57 |
| INCOME: | | | | | |
| Total Sales and Income | 10,558,961 | 11,428,457 | 11,151,615 | 15,758,047 | 15,138,050 |
| Total Departmental Expenses | (4,895,822) | (5,665,457) | (5,321,904) | (7,738,618) | (7,112,422) |
| GROSS OPERATING INCOME | 5,663,139 | 5,763,000 | 5,829,711 | 8,019,429 | 8,025,628 |
| OPERATING EXPENSES: | | | | | |
| Administrative and General | (1,295,547) | (1,436,158) | (1,345,550) | (1,924,441) | (1,802,070) |
| Management Fees | (422,358) | (457,137) | (446,164) | (630,321) | (605,522) |
| Advertising and Promotion | (727,806) | (764,526) | (793,953) | (1,007,681) | (1,037,744) |
| Heat, Light, and Power | (573,561) | (641,584) | (588,804) | (810,830) | (706,956) |
| Repairs and Maintenance | (593,393) | (742,380) | (702,721) | (974,809) | (921,656) |
| Equipment Rental | (41,108) | (64,458) | (66,180) | (85,944) | (88,229) |
| Property Tax | (526,311) | (697,500) | (643,500) | (930,000) | (860,201) |
| Other Income/Expense | (195,034) | (135,000) | (150,851) | (180,000) | (194,275) |
| TOTAL OPERATING EXPENSES | (4,375,118) | (4,938,743) | (4,737,723) | (6,544,026) | (6,216,653) |
| NET OPERATING INCOME | 1,288,021 | 824,257 | 1,091,988 | 1,475,403 | 1,808,975 |
| Replacement Reserves | (315,777) | (342,853) | (383,579) | (472,740) | (503,096) |
| NET INCOME BEFORE DEBT SERVICE | 972,244 | 481,404 | 708,409 | 1,002,663 | 1,305,879 |

NHP Clover Creek Assoc. '85

Tax Notice to Investors

Estimated 1991 Taxable Income (Loss)

| | Per Each Full Investment Unit |
|---|---|
| Estimated passive income (loss) from partnership(s) | ($ 16,700) |
| Estimated portfolio income (loss) from partnership(s) | 300 |
| Esimated fees and interest paid in 1991 | |
| Investor service fees from payments | 0 |
| Investor service fees from cash flow | 0 |
| Interest on installment payments | 0 |
| Estimated total partnership income (loss), fees and interest | ($ 16,400) |

**The National Housing Partnership**
Investor Services

NHP

December 20, 1991

Dear Investor:

Enclosed is your tax estimate for 1991.

The following is brief description of the individual line items on the estimate:

1. Estimated Passive Income (Loss) from Partnership(s) - represents ordinary passive income (loss) from the operations of the project(s) in which you invested, including the depreciation expense.

2. Estimated Portfolio Income - represents investment income earned by the project. This income has not been included in the passive income or loss from the project.

3. Investor services Fees from Cash Flow - represents certain investment fees paid outside the Partnership(s). It is our opinion that these fees are deductible as miscellaneous itemized deductions subject to the 2% adjusted gross income floor.

This estimate does not reflect any potential loss reallocation under Internal Revenue Code Section 704(b). It is our belief that for most of our investors any such reallocation would be immaterial.

Should you have any questions, please call our Investor Services office at toll free 1-800-347-4647, extension 2288 or 1-703-733-2288.

Sincerely,

Robert F. Kane
Director-Corporate and
Partnership Taxation

11410 Isaac Newton Square
Reston, VA 22090-5012
1-800-347-4647 Ext. 2288
1-703-733-2288

Department of the Treasury

Date: NOV 5 1987

In Reply Refer to:
AF:SF:
Person to Contact:
L. Peterson
Contact Telephone Number:
(702) 784-5546
TIN: [redacted]

Nicholas & Brenda J. Herda
7150 Schuster
Las Vegas,, NV 89118

| Tax Year Ended: | Deficiency | Penalty Section 6653(a) | 6659 | | |
|---|---|---|---|---|---|
| December 31, 1981 | $ 17553.00 | $ 878.00 | $ 5266.00 | $ 0.00 | $ 0.00 |
| December 31, 1982 | $ 47125.00 | $ 2356.00 | $ 14136.00 | $ 0.00 | $ 0.00 |

For returns required to be filed after December 31, 1981, if the penalty under Section 6653(a) applies, the penalty under Section 6653(a)(2) will also apply in an amount to be determined.

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is a NOTICE OF DEFICIENCY sent to you as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this deficiency in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. The petition should be filed with the United States Tax Court, 400 Second Street NW, Washington, D.C. 20217, and the copy of this letter should be attached to the petition. The time in which you must file a petition with the Court (90 or 150 days as the case may be) is fixed by law and the Court cannot consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition. You can get a copy of the rules for filing a petition by writing to the Clerk of the United States Tax Court, at the address shown in this paragraph.

If you decide not to file a petition with the Tax Court, we would appreciate it if you would sign and return the enclosed waiver form. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. The enclosed envelope is for your convenience. If you decide not to sign and return the waiver and you do not timely petition the Tax Court, we will assess and bill you for the deficiency after 90 days from the above mailing date of this letter (150 days if this letter is addressed to you outside the United States).

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Lawrence B. Gibbs
Commissioner
By

Associate Chief, Appeals Office

Enclosures:
Copy of this letter
Waiver
Statement
Envelope

San Francisco Appeals Office
160 Spear St., Suite 400
San Francisco, CA 94105

PLAINTIFF'S EXHIBIT 37

Letter 894(RO)(Rev.4-82)

0278

FORM 870 | Department of the Treasury - Internal Revenue Service
Waiver of Restrictions on Assessment and Collection of Deficiency in tax and Acceptance of Overassessment

Date received by Internal Revenue Service

Names and address of taxpayers
(Number, street, city or town, State, ZIP code)
Nicholas & Brenda J. Herda
7150 Schuster
Las Vegas,, NV 89118

Social Security or employer identification number
[redacted]

Increase in Tax and Penalties

| Tax year ended | Amount of tax | Penalty |
|---|---|---|
| December 31, 1981 | $ 17553.00 | $ 6144.00* |
| December 31, 1982 | $ 47125.00 | $ 16494.00* |
| | $ | $ |

Decrease in Tax and Penalties

| Tax year ended | Amount of tax | Penalty |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

| | | Date |
|---|---|---|
| | | |

Remarks (if additional space is needed, use back of form)
continuation sheet(s)
* Amount(s) of penalty(ies) under section 6653(a)(2) or 6653(b)(2) will be determined if applicable.

The entire underpayment of your income tax(es) for the tax year(s)
December 31, 1981 December 31, 1982
is a substantial underpayment attributable to tax motivated transactions under section 6621(c), formerly section 6621(d), of the Internal Revenue Code.

Consent to Assessment and Collection

I consent to the immediate assessment and collection of any deficiencies (increase in tax and penalties) and accept any overassessment (decrease in tax and penalties) shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the United States Tax Court, unless additional deficiencies are determined for these years.

| Signatures | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

0279

TAXPAYER: Nicholas & Brenda J. Herda CONTINUATION SHEET PAGE_J__

SECTION 6653(a) and SECTION 6653(a)(2) NEGLIGENCE PENALTIES

It is determined that part of the underpayment of tax for the taxable year(s) ended
December 31, 1981 December 31, 1982

is due to negligence or intentional disregard of rules and regulations. Consequently, the 5 per centum addition to the tax provided by section 6653(a) of the Internal Revenue Code of 1954 is asserted for these years; and for returns required to be filed after December 31, 1981, the addition to the tax in the amount of 50 per centum of the interest attributable to the said portion of the underpayment provided by section 6653(a)(2) of the Internal Revenue Code of 1954 is asserted for each of these years.

SECTION 6659 VALUATION OVERSTATEMENT

It is determined that part or all of the underpayment of tax for the taxable year(s) shown on Schedule 1 is due to a valuation overstatement. Therefore, a percentum (see below) of the portion of the deficiency attributable to such overstatement is added as provided under section 6659 of the Internal Revenue Code of 1954 for the year(s) indicated on Schedule 1.

---

---