W. In 1982, equivalent amounts were expended in all cases.

X. That in 1981 and 1982 the large amounts expended by the Partnership for use rights to technologies was part of an ongoing research and development program, as well as a business arrangement. The Partnership secured future use rights for the portfolio of technologies on its existing and future oil fields and that included all data on development and all enhancements and know how then associated with the technologies. The payments to consultants, as well as to Hemisphere, contemplated development work under Section 174 for the future use of the Partnership.

WHEREFORE, Petitioners pray that the Court may hear this proceeding, decide and order that no deficiency in income tax and additions to tax is due and owing from Petitioners and grant such other and further relief as the Court may deem proper.

Respectfully submitted,

000102

DECLAN J. O'DONNELL, NO. 4412
Attorney for Petitioners
6841 South Yosemite Street
Englewood, Colorado 80112
(303) 721-1177

COPY

UNITED STATES TAX COURT

GARY A. WILLETTS and
ESTATE OF ELLA S. WILLETTS, DECEASED,
GARY A. WILLETTS, EXECUTOR, and
NICHOLAS and BRENDA J. HERDA,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 39856-87

DECISION

Pursuant to the agreement of the parties in this case, it is

ORDERED AND DECIDED: That the deficiency in income tax due from Petitioners Gary A. Willetts and Estate of Ella S. Willetts, Deceased, Gary A. Willetts, Executor, for the tax year 1982 in the amount of $6,700.00, was assessed after the mailing of the notice of deficiency, so that there is now no deficiency in income tax due from, nor overpayment due to, Petitioners Gary A. Willetts and Estate of Ella S. Willetts, Deceased, Gary A. Willetts, Executor for the tax year 1982;

That $6,700.00 of the deficiency in income tax for Petitioners Gary A. Willetts and Estate of Ella S. Willetts, Deceased, Gary A. Willetts, Executor, for the tax year 1982 constitutes a substantial underpayment attributable to tax-motivated transactions, for the purpose of computing the interest payable with respect to that amount under I.R.C. § 6621(c);

That there are no additions to tax due from Petitioners Gary A. Willetts and Estate of Ella S. Willetts, Deceased, Gary A. Willetts, Executor, for the tax year 1982 under the provisions of I.R.C. §§ 6653(a)(1), 6653(a)(2), and 6659;

That there is a deficiency in income tax and additions to tax due from Petitioners Nicholas Herda and Brenda J. Herda for the tax year 1981, before the application of I.R.C. § 6015(f), as follows:

| | | Additions to Tax under I.R.C. §§ | | |
|---|---|---|---|---|
| **Deficiency** | **I.R.C. § 6621(c)** | **6653(a)(1)** | **6653(a)(2)** | **6659** |
| $17,553.00 | * | None | None | None |

* - Section 6621(c) applies to entire deficiency.

PLAINTIFF'S EXHIBIT 39

That the deficiency in income tax, increased interest, and additions to tax are due from Petitioners Nicholas Herda and Brenda J. Herda for the tax year 1981, under the provisions of I.R.C. § 6015(f), as follows:

**Joint Liability**

| **Deficiency** | **I.R.C. § 6621(c)** | **Additions to Tax under I.R.C. §§ 6653(a)(1)** | **6653(a)(2)** | **6659** |
|---|---|---|---|---|
| None | None | None | None | None |

**Additional Amounts Due from Nicholas Herda**

| **Deficiency** | **I.R.C. § 6621(c)** | **Additions to Tax under I.R.C. §§ 6653(a)(1)** | **6653(a)(2)** | **6659** |
|---|---|---|---|---|
| $17,553.00 | * | None | None | None |

* - Section 6621(c) applies to entire deficiency.

That there is a deficiency in income tax due from Petitioner Nicholas Herda for the tax year 1982 in the amount of $47,125.00;

That $47,125.00 of the deficiency in income tax due from Petitioner Nicholas Herda for the tax year 1982 constitutes a substantial underpayment attributable to tax-motivated transactions, for the purpose of computing the interest payable with respect to that amount under I.R.C. § 6621(c);

That there are no additions to tax due from Petitioner Nicholas Herda for the tax year 1982 under the provisions of I.R.C. §§ 6653(a)(1), 6653(a)(2), and 6659;

That there is no deficiency in income tax due from, nor overpayment due to Petitioner Brenda J. Herda for the tax year 1982;

That there is no substantial underpayment attributable to tax-motivated transactions under I.R.C. § 6621(c) due from Petitioner Brenda J. Herda for the tax year 1982; and

That there are no additions to tax due from Petitioner Brenda J. Herda for the tax year 1982 under the provisions of I.R.C. §§ 6653(a)(1), 6653(a)(2), and 6659.

(Signed) Mary Ann Cohen
Judge.

Entered: FEB 6 2001

* * * * *

The parties stipulate that the Court may enter this Decision in this case.

The parties further stipulate that interest as provided by law will be assessed on the deficiencies in tax due from Petitioners.

RICHARD W. SKILLMAN
Acting Chief Counsel
Internal Revenue Service

/s/ Thomas E. Redding
THOMAS E. REDDING
Counsel for Petitioners
Nicholas Herda and
Brenda Herda
Tax Court Bar No. RT0167
REDDING & ASSOCIATES, P.C.
P. O. Box 924328
Houston, Texas 77292
Telephone: (713) 965-9244

Date: 2/2/01

By: /s/ Thomas L. Fenner
THOMAS L. FENNER
Attorney (SB/SE)
Tax Court Bar No. FT0168
8701 South Gessner
Suite 710
Houston, Texas 77074
Telephone: (281) 721-7309

DECLAN J. O'DONNELL
Counsel for Petitioners
Gary A. Willetts and
Estate of Ella S. Willetts,
Deceased, Gary A. Willetts,
Executor
Tax Court Bar No. OD0102
499 South Larkspur Dr.
Castle Rock, CO 80104
Telephone: (800) 932-9708

Date: 1/23/01

Date: 2/2/01

FORM 870-L(AD)(3-93)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

DATE: 02-28-94

IN REPLY
REFER TO:
MS 4550
022894-0187

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY

TIN: 84-0858166

TAX YEAR ENDED: 1983

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

SIGNATURE OF TAXPAYER Nicholas Herda — DATE 1-11-01

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

* * * * * * * * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 40

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

SIGNATURE Julia H. Whitter 2/7/2001

OFFICE Appeals Settlement

TITLE Appeals Team Manager

(SEE ENCLOSED INSTRUCTIONS)

FORM 870-L(AD)(Rev. 3-9

FORM 870-L(AD)(3-93)

DATE: 02-28-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY
REFER TO:
MS 4550
022894-0187

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY

TIN: 84-0858166

TAX YEAR ENDED: 1983

Part II: Offer of Settlement of Affected Items

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465, or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code, and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

SIGNATURE OF TAXPAYER Nicholas Herda — DATE 1-11-01

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

SIGNATURE Julia D. Whitten 2/7/2001

OFFICE Appeals Settlement

TITLE Appeals Team Manager

(SEE ENCLOSED INSTRUCTIONS)

FORM 870-L(AD)(REV. 3-9

0306

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-83 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items<br>Ordinary Income (Loss)<br>Per Return (6,428,164)<br>As Corrected 101,888<br>Adjustment 6,530,052 | 6,530,052 | | |
| Total Adjustments To Ordinary Income | 6,530,052 | | |
| Other Adjustment : Basis of New "Other" Recovery Property §48(q) Election Made | | | |
| (1) Adjustment | 1,091 | | |
| (2) As Reported | 1,091 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Basis of Used "Other" Recovery Property §48(q) Election Made | | | |
| (1) Adjustment | 35,558 | | |
| (2) As Reported | 35,558 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-83 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Guaranteed payments to partners | | | |
| (1) Adjustment | -0- | | |
| (2) As Reported | 48,456 | | |
| (3) Corrected | 48,456 | | |
| Other Adjustment : Net earnings (loss) from self-employment | | | |
| (1) Adjustment | 2,416 | | |
| (2) As Reported | (2,416) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Net income from oil, gas, and Geothermal Wells | | | |
| (1) Adjustment | (48,720) | | |
| (2) As Reported | 48,720 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Net investment income (loss) | | | |
| (1) Adjustment | 6,363,882 | | |
| (2) As Reported | (6,363,882) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Investment interest investment income | | | |
| (1) Adjustment | (1,050,483) | | |
| (2) As Reported | 1,050,483 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax 0308

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items

Department of the Treasury - Internal Revenue Service

## Settlement Agreement For Partnership Adjustments and Affected Items

### Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-83 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Cost depletion Oil & Gas | | | |
| (1) Adjustment | 50,172 | | |
| (2) As Reported | 50,172 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Oil & Gas Depletion to the Extent of Basis | | | |
| (1) Adjustment | 50,172 | | |
| (2) As Reported | 50,172 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

FORM 870-L(AD)(3-93) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

DATE: 02-28-94

IN REPLY REFER TO:
MS 4550
022894-0277

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY

TIN: 84-0858166

TAX YEAR ENDED: 1984

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

SIGNATURE OF TAXPAYER *Nicholas Herda* DATE *1-11-01*

SIGNATURE OF TAXPAYER DATE

BY (SIGNATURE AND TITLE) DATE

* * * * * * * * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 41

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

SIGNATURE *[signature]* *2/7/2001*

OFFICE Appeals Settlement

TITLE *Appeals Team Manager*

(SEE ENCLOSED INSTRUCTIONS) FORM 870-L(AD)(Rev. 3-9

FORM 870-L(AD)(3-93)

DATE: 02-28-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY REFER TO:
MS 4550
022894-0277

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY

TIN: 84-0858166

TAX YEAR ENDED: 1984

Part II: Offer of Settlement of Affected Items

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465, or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code, and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

SIGNATURE OF TAXPAYER Nicholas Herd — DATE 1-11-01

SIGNATURE OF TAXPAYER — DATE

BY (SIGNATURE AND TITLE) — DATE

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * *

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER — SIGNATURE Julie A. White 2/7/2001

OFFICE Appeals Settlement — TITLE Appeals Team Manager

(SEE ENCLOSED INSTRUCTIONS) FORM 870-L(AD)(REV. 3-93)

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items<br><br>Ordinary Income (Loss)<br>Per Return (6,793,672)<br>As Corrected (47,171)<br>Adjustment 6,746,501 | 6,746,501 | | |
| Total Adjustments To Ordinary Income | 6,746,501 | | |
| Other Adjustment : Unadjusted Basis in New Recovery Property, 3-Year Class, Elected to reduce credit per I.R.C. Section 48(q) | | | |
| (1) Adjustment | 2,577 | | |
| (2) As Reported | 2,577 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Unadjusted Basis in New Recovery Property, "Other" Class, Elected to reduce credit per I.R.C. Section 48(q) | | | |
| (1) Adjustment | 28,395 | | |
| (2) As Reported | 28,395 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Investment Interest - investment income | | | |
| (1) Adjustment | (969,902) | | |
| (2) As Reported | 969,902 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Net earnings (loss) from self-employment | | | |
| (1) Adjustment | 38,818 | | |
| (2) As Reported | (38,818) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Gross income from oil, gas, and geothermal properties | | | |
| (1) Adjustment | (348,670) | | |
| (2) As Reported | 348,670 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Deductions allocable to oil, gas, and geothermal properties | | | |
| (1) Adjustment | 398,300 | | |
| (2) As Reported | 398,300 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Qualified investment expenses included page 1, Form 1065 | | | |
| (1) Adjustment | 7,685,938 | | |
| (2) As Reported | 7,685,938 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

0313

If you do not sign Part II, IRC 6621(c) will be assessed as a

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments and Affected Items

## Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-84 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Tax Preference Item; Qualified investment income included on page 1, Form 1065 | | | |
| (1) Adjustment | (969,902) | | |
| (2) As Reported | 969,902 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Cost depletion oil and gas | | | |
| (1) Adjustment | 51,336 | | |
| (2) As Reported | 51,336 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Intangible drilling costs | | | |
| (1) Adjustment | 11,193 | | |
| (2) As Reported | 11,193 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Oil and gas depletion to the extent of basis | | | |
| (1) Adjustment | 51,336 | | |
| (2) As Reported | 51,336 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

0314

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a

FORM 870-L(AD)(3-93) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

DATE: 02-28-94

IN REPLY
REFER TO:
MS 4550
022894-0369

---

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY PARTNERS

TIN: 84-0858166

TAX YEAR ENDED: 1985

---

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

---

SIGNATURE OF TAXPAYER Nicholas Herda DATE 1-11-01

SIGNATURE OF TAXPAYER DATE

BY (SIGNATURE AND TITLE) DATE

* * * * * * * * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 42

---

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

SIGNATURE [signature] 2/7/2001

OFFICE Appeals Settlement TITLE Appeals Team Manager

(SEE ENCLOSED INSTRUCTIONS) FORM 870-L(AD)(Rev. 3-

FORM 870-L(AD)(3-93)

DATE: 02-28-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY REFER TO:
MS 4550
022894-0369

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

CROWNE OIL TECHNOLOGY PARTNERS

TIN: 84-0858166

TAX YEAR ENDED: 1985

Part II: Offer of Settlement of Affected Items

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465, or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code, and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

| | |
|---|---|
| SIGNATURE OF TAXPAYER Nicholas Herda | DATE 1-11-01 |
| SIGNATURE OF TAXPAYER | DATE |
| BY (SIGNATURE AND TITLE) | DATE |

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

SIGNATURE Julie A. Writer 2/7/2001

OFFICE Appeals Settlement

TITLE Appeals Team Manager

(SEE ENCLOSED INSTRUCTIONS)

FORM 870-L(AD)(REV. 3-93)

Department of the Treasury - Internal Revenue Service

## Settlement Agreement For Partnership Adjustments and Affected Items

### Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| **Detail of Adjustments To Ordinary Income**<br>Part I. Partnership Items<br>Ordinary Income (Loss)<br>Per Return (1,440,052)<br>As Corrected (4,055)<br>Adjustment 1,435,997 | 1,435,997 | | |
| Total Adjustments To Ordinary Income | 1,435,997 | | |
| Other Adjustment : Unadjusted Basis in New Property Eligible for ITC, Other Class (reduced credit per I.R.C. Section 48(q)) | | | |
| (1) Adjustment | 92,007 | | |
| (2) As Reported | 92,007 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Unadjusted Basis in Used Property Eligible for ITC, Other Class (reduced credit per I.R.C. Section 48(q)) | | | |
| (1) Adjustment | 6,298 | | |
| (2) As Reported | 6,298 | | |
| (3) Corrected | -0- | | |

**Remarks:**

Part II. Affected Items

0317

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

Department of the Treasury - Internal Revenue Service

Settlement Agreement For Partnership Adjustments and Affected Items

Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Net earnings (loss) from self employment | | | |
| (1) Adjustment | 11,877 | | |
| (2) As Reported | (11,877) | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Gross income from oil, gas, and geothermal properties | | | |
| (1) Adjustment | (348,067) | | |
| (2) As Reported | 348,067 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Deductions allocable to oil, gas and geothermal properties | | | |
| (1) Adjustment | 355,501 | | |
| (2) As Reported | 355,501 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Qualified investment income included on page 1, Form 1065 | | | |
| (1) Adjustment | (926,067) | | |
| (2) As Reported | 926,067 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Tax Preference Item; Qualified investment expenses included page 1, Form 1065 | | | |
| (1) Adjustment | 2,351,718 | | |
| (2) As Reported | 2,351,718 | | |
| (3) Corrected | -0- | | |

Remarks:

Part II. Affected Items

0318

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items

Department of the Treasury - Internal Revenue Service

Settlement Agreement For Partnership Adjustments and Affected Items

Schedule of Adjustments

| Name of Partnership<br>Crowne Oil Technology Partners<br>Taxpayer Identifying Number:<br>84-0858166 | Tax Year(s) Ended | | |
|---|---|---|---|
| | 12-31-85 | | |
| Detail of Adjustments To Ordinary Income<br>Part I. Partnership Items | | | |
| Other Adjustment : Investment Income - Investment Interest | | | |
| (1) Adjustment | (935,421) | | |
| (2) As Reported | 935,421 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Cost depletion oil and gas | | | |
| (1) Adjustment | 74,325 | | |
| (2) As Reported | 74,325 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Oil & gas depletion to the extent of basis | | | |
| (1) Adjustment | 74,325 | | |
| (2) As Reported | 74,325 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : Intangible drilling costs | | | |
| (1) Adjustment | 3,365 | | |
| (2) As Reported | 3,365 | | |
| (3) Corrected | -0- | | |
| Other Adjustment : | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks:

Part II. Affected Items

0319

1. Additions to Tax

The adjustments to partnership items result from tax motivated transactions as defined in IRC 6621(c). Consequently, if a partner's resulting deficiency exceeds $1,000, the rate of interest assessed will be 120 percent of the statutory rate.

If you do not sign Part II, IRC 6621(c) will be assessed as a computational adjustment on the tax resulting from adjustments to the partnership items.

FORM 870-L(AD)(3-93)

DATE: 03-14-94

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS
AND AFFECTED ITEMS

IN REPLY REFER TO:
MS 4550
031494-0483

---

TAXPAYER(S) NAME(S) AND ADDRESS

NICHOLAS HERDA
7150 SCHUSTER
LAS VEGAS NV 89118-5137-502

TIN: [redacted]

NAME OF PARTNERSHIP

DILLON OIL TECHNOLOGY PARTNERS-1982

TIN: 84-0862763

TAX YEAR ENDED: 1983

---

Part I: Offer of Settlement of Partnership Items

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

---

SIGNATURE OF TAXPAYER Nicholas Herda DATE 1-11-01

SIGNATURE OF TAXPAYER DATE

BY (SIGNATURE AND TITLE) DATE

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * *

* * * * * * * * * * * *

* * * * * * * * * * * *

* * * * * * * * * * * *

PLAINTIFF'S EXHIBIT 43

---

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER

SIGNATURE Julia H. Whitten 2/7/2001

OFFICE Appeals Settlement

TITLE Appeals Team Manager