IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-224 T
(Judge Mary Ellen Coster Williams)

JOHN HERDA and MARGARET HERDA et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES TO AMEND SCHEDULE

The United States respectfully moves the Court to amend the remainder of the summary judgment schedule to enlarge by 46 days, *i.e.*, from August 24, 2007, to October 9, 2007, the time for defendant to file a response to plaintiffs' motion for summary judgment and a cross-motion for summary judgment. This is the first enlargement requested for such purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time. If the Court grants this motion, the amended schedule will be as follows:

1. Defendant shall file any response to plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before October 9, 2007.

2. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to defendant's cross-motion for summary judgment on or before November 6, 2007.

3. Defendant shall file any reply in support of its cross-motion for summary judgment on or before November 27, 2007.

In support of this motion, defendant states as follows:

Due to the staffing needs of the Tax Division of the Department of Justice, this case was recently reassigned to the undersigned attorney of record. Before drafting defendant's response to plaintiffs' motion for summary judgment and defendant's cross-motion for summary judgment, the new attorney will need time to become familiar with the factual and legal issues in this case. Such effort will include researching the legal and jurisdictional issues noted by defendant in the joint preliminary status report (Document 10 ¶ 4(a), (h)) and the factual and legal arguments presented in plaintiffs' motion for summary judgment, filed on July 20, 2007 (Document 27). The new attorney will also need time to review the 340 pages of documents submitted in support of plaintiffs' motion for summary judgment, some of which plaintiffs produced for the first time when they filed their motion for summary judgment.

In addition, certain upcoming events in cases previously assigned to the new attorney of record, including an oral argument on a motion for summary judgment before this Court and the taking of depositions, will limit the amount of time that the new attorney can devote to this case over the next several weeks. Given the complexity of the issues raised by this case, the volume of the documentary record, and the demands of the rest of the new attorney's caseload, defendant expects that the entire time requested will be necessary for the new attorney to complete the above-described tasks and to prepare defendant's response and cross-motion.

WHEREFORE, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

s/Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/David Gustafson
Of Counsel

July 24, 2007