# In the United States Court of Federal Claims

**No. 06-224T**

**(Filed July 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**JOHN HERDA and MARGARET HERDA** *
**et al.,** *
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULE

---

On July 25, 2007, Plaintiff filed an unopposed motion to amend the summary judgment schedule. Good cause having been shown, this motion is **GRANTED**. The following briefing schedule is set:

1. Defendant shall file any response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before **October 9, 2007**.

2. Plaintiffs shall file any reply in support of their motion for summary judgment and any response to Defendant's cross-motion for summary judgment on or before **November 6, 2007**.

3. Defendant shall file any reply in support of its cross-motion for summary judgment on or before **November 27, 2007**.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**