**No. 06-0224**
(Judge Mary Ellen Coster Williams)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

JOHN HERDA, *et al.*,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

---

**STIPULATION FOR DISMISSAL**

---

It is hereby stipulated and agreed that the complaint in the above entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney's fees and other expenses of this litigation.

Counsel for the United States has authorized Plaintiffs' counsel to sign this stipulation on their behalf.

Respectfully submitted,

October 4, 2007
Date

/s/ Thomas E. Redding
Thomas E. Redding
Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs

October 4, 2007
Date

/s/ Karen Servidea by /s/ Sally Gladney
Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

/s/ Steven I. Frahm by /s/ Sallie Gladney
Of Counsel